UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

BOBBY BLAND, DANIEL RAY
CARTER, JR., DAVID W. DIXON,
ROBERT W. MCCOY, JOHN C.
SANDHOFER and DEBRA H.
WOODWARD,

    Plaintiffs,

v.                               CASE NO: 4:11cv45

B. J. ROBERTS, individually and
in his official capacity as Sheriff
of the City of Hampton, Virginia,

    Defendant.

## MOTION FOR SUMMARY JUDGMENT

Defendant, B.J. Roberts, by counsel, and pursuant to Fed. R. Civ. P. 56(c), hereby moves for the entry of summary judgment in his favor on the claims raised in plaintiffs' Complaint. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

                                      B. J. ROBERTS, SHERIFF, Individually
                                      and in his official capacity as Sheriff
                                      of the City of Hampton, Virginia

                                      By:_____/s/_____
                                                Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar No. 22689
*Attorney for B. J. Roberts, Sheriff, Individually and in his official capacity as Sheriff of the City of Hampton, Virginia*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
Email: jrosen@pendercoward.com

Lisa Ehrich, Esquire
Virginia Bar No. 32205
*Attorney for B. J. Roberts, Sheriff, Individually and in his official capacity as Sheriff of the City of Hampton, Virginia*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax: (757) 497-1914
Email: lehrich@pendercoward.com

Jeffrey A. Hunn, Esquire
Virginia Bar # 45487
*Attorney for Sheriff B.J. Roberts*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
(757) 490-6253
(757) 497-1914
jhunn@pendercoward.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of December, 2011, I electronically filed a *Motion for Summary Judgment* with the clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    James H. Shoemaker, Jr., Esq.
    Virginia Bar #33148
    Jason E. Messersmith, Esq.
    Virginia Bar #77075
    Patton, Wornom, Hatten & Diamonstein, L.C.
    12350 Jefferson Avenue, Suite 300
    Newport News, VA  23602
    (757) 223-4580/Fax (757) 223-4518
    jshoemaker@pwhd.com
    jmessersmith@pwhd.com

    William W. Hoyle, Jr., Esq.
    Virginia Bar #21725
    William W. Hoyle, Jr., P.C.
    10401 Warwick Boulevard
    Newport News, VA  23601
    (757) 596-1850/Fax (757) 596-1925
    habeas@erols.com
    *Counsel for plaintiffs*

    _____/s/_____
    Jeff W. Rosen, Esquire
    Virginia Bar No. 22689
    *Attorney for B. J. Roberts, Sheriff, Individually and in his official capacity as Sheriff of the City of Hampton, Virginia*
    Pender & Coward
    222 Central Park Avenue
    Virginia Beach, Virginia  23462
    Phone:  (757) 490-6253
    Fax:  (757) 497-1914
    Email:  jrosen@pendercoward.com