Original

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA,
NEWPORT NEWS DIVISION

---

BOBBY BLAND, DANIEL RAY CARTER, JR.,
DAVID W. DIXON, ROBERT W. MCCOY,
JOHN C. SANDHOFER, and DEBRA H. WOODWARD,

    Plaintiffs,

v                                  4:11cv45

B.J. ROBERTS, individually and in his
official capacity as Sheriff of the
City of Hampton, Virginia,

    Defendant.

---

DEPOSITION UPON ORAL EXAMINATION OF

JAMES ADAMS, JR.

Taken on behalf of the Defendant

Newport News, Virginia

August 23, 2011

-----oOo-----

INGRAM REPORTING
2520 Queens Elm Place
Virginia Beach, Virginia  23454
(757) 481-0935

```
 1      A      I wanted to be there in case I could
 2  answer any questions.
 3      Q      What stake did you have in whether the
 4  deputies filed a lawsuit against Sheriff Roberts?
 5      A      Well, I knew that they were terminated
 6  based on their support for me, so my intent was to be
 7  there to answer any questions that might be necessary
 8  to benefit them in this case.
 9      Q      So, were you trying to help them file --
10  you were trying to help them?
11      A      No. No. No. No. No. No. I didn't
12  have anything to do with their pursuit of
13  Mr. Shoemaker, but after that was done, I attended
14  that meeting.
15      Q      Okay. And your -- with the intent to try
16  to help them in their lawsuit against Sheriff Roberts?
17      A      I was willing to help them. Yes.
18      Q      Okay. That was your political opponent
19  in the sheriff's election, right?
20      A      That was over. The election was over,
21  sir.
22      Q      All right. Okay. Do you plan to run in
23  the next election in 2012?
24      A      I'm thinking about it.
25      Q      Okay. Well, certainly then, you would
```

```
 1      A      No, not really.  I mean, there was a lot
 2   of questions asked of the plaintiffs.
 3      Q      Okay.  Anything that you -- any
 4   information you provided other than what you've
 5   already testified to?
 6      A      I don't recall.
 7      Q      Okay.  Did you have an outline or an
 8   agenda for the meeting?
 9      A      No, I didn't.  No.
10      Q      Okay.  All right.  Did you take any notes
11   at the meeting?
12      A      No.  I didn't have a notepad.
13      Q      All right.  And then after that meeting,
14   when was the next time you had any interaction with
15   any of the plaintiffs or Mr. Shoemaker about this
16   lawsuit?
17      A      Well, I -- Mr. Shoemaker invited myself
18   and Deborah Davis to a meeting here to meet with him.
19      Q      Okay.  So, that was after the FOP
20   meeting?
21      A      Yes.
22      Q      Okay.
23      A      Uh-huh.
24      Q      All right.  And you came to -- came here
25   to the office?
```

```
 1      A     Yes.
 2      Q     All right.  And what was the nature of
 3   that meeting?
 4      A     He just had questions for us pertaining
 5   to the lawsuit.
 6      Q     All right.  And what did -- did you
 7   provide information at that time?
 8      A     Anything I could answer for him, I did.
 9      Q     All right.  And what did he ask you?
10      A     I really don't recall.  I mean, I don't
11   -- it just pertained to the lawsuit itself and -- but
12   --
13      Q     Did you provide him information that went
14   into the lawsuit?
15      A     I'm sorry?
16      Q     Did you provide him information that went
17   into the lawsuit?
18      A     Went into the lawsuit?
19      Q     Yeah, part of the allegations of the
20   lawsuit.  Did you provide him any of that information?
21   For example --
22      A     Well, I'm thinking about what the lawsuit
23   says is what I'm trying to recall.
24      Q     Okay.  Have you seen the lawsuit?
25      A     I have.
```

```
 1      Q       How did you see it?  When did you see it?
 2      A       I pulled it off online.
 3      Q       Okay.  So, that's the first time you saw
 4   it?
 5      A       Pardon me?
 6      Q       Is that the first time you saw it?
 7      A       Yes.
 8      Q       Okay.  Well, did you provide any written
 9   information when you came to meet with him in his
10   office with Debra Woodward?
11      A       No, with Deborah Davis.
12      Q       Deborah -- oh, you came -- I'm sorry.  I
13   was confused.  So, you came to his office,
14   Mr. Shoemaker's office.  You and Deborah Davis came to
15   meet with him?
16      A       Yes.
17      Q       Okay.
18      A       At his request.
19      Q       With no plaintiffs present?
20      A       Correct.
21      Q       Okay.  And why did you and Deborah Davis
22   come?
23      A       Because he invited us.
24      Q       Okay.  And -- okay.  I thought you meant
25   Debra Woodward.  Okay.  So, it was you and Deborah
```

```
 1  Davis.
 2       A      Uh-huh.
 3       Q      And how soon after the FOP meeting was
 4  that?
 5       A      It was sometime thereafter. I don't
 6  recall.
 7       Q      A month? A week?
 8       A      More than a month.
 9       Q      Two months?
10       A      Probably several months, a few months at
11  least.
12       Q      All right. Okay. And do you remember
13  the nature of his inquiry at that meeting?
14       A      You know, it's hard to say. It's been
15  two years ago almost. It's hard to think exactly what
16  he asked of us, but we gave him what information we
17  could --
18       Q      Okay.
19       A      -- based on the questions he asked.
20       Q      All right. Well, do you remember the
21  subject matter he was questioning about?
22       A      I really don't remember. I mean, if you
23  could ask me something specifically, I'll tell you. I
24  just don't -- I don't really recall what was asked.
25       Q      Okay.
```

```
 1    A      I didn't take notes or anything like
 2  that.
 3    Q      All right.  Well, have you ever met with
 4  a lawyer to help participate, provide information, in
 5  a lawsuit any other time?
 6    A      I'm sorry?  Say that again, please.
 7    Q      Have you ever met with a lawyer to
 8  provide information to draft a lawsuit before?
 9    A      Against --
10    Q      Ever before except this case?
11    A      I don't believe so.
12    Q      Okay.  All right.  So, I'm just trying to
13  find out.  This is not a usual thing you do is meet
14  with lawyers and provide information to them, is it?
15    A      Well, I have -- I've taken depositions
16  previously, and I've testified in court for Sheriff
17  Roberts in the past --
18    Q      Okay.
19    A      -- so I have -- I have dealt with these
20  things before.
21    Q      Okay.  But you don't -- haven't met with
22  lawyers in the past to take and provide information
23  for lawsuits, have you?
24    A      Oh, yes.  Yes.  Well, actually, I know
25  it's -- I'm not sure what you're asking, but there was
```

```
 1  an issue with Attorney Jeff Knuckles (phonetics)
 2  during the campaign when I was trying to pursue
 3  documentation through the Freedom of Information Act,
 4  and they kind of said I wasn't entitled to it based on
 5  how I asked for it, so that -- that -- with that
 6  attorney.  Yes.
 7       Q     All right.  Let's get it another way, try
 8  another way.  Okay.  So, you met with Mr. Shoemaker
 9  and Deborah Davis in Mr. Shoemaker's office --
10       A     Yes.
11       Q     -- sometime after the initial meeting at
12  the FOP Club?
13       A     Yes.
14       Q     You can't remember what you discussed at
15  that time?
16       A     No, not really.
17       Q     Okay.  And you can't remember whether you
18  -- did you give information or written documentation
19  at that point about the sheriff's --
20       A     Oh, no.  No.  I didn't bring anything at
21  that point.
22       Q     Okay.  And you can't remember what was
23  said?
24       A     I don't recall.
25       Q     Okay.  Or the purpose of you coming in?
```

```
 1      A      Well, I would suspect the purpose of us
 2   coming in was to find out what information we had that
 3   could benefit the plaintiffs.
 4      Q      Okay. All right. And so, you tried to
 5   give him any information you could to help benefit the
 6   plaintiffs?
 7      A      I answered his questions, and I answered
 8   them truthfully.
 9      Q      And then did you meet with Mr. Shoemaker
10   again?
11      A      Yes.
12      Q      When was that?
13      A      Sometime thereafter. I actually -- I
14   actually came here to meet with him.
15      Q      Okay.
16      A      And he didn't even know I was coming, and
17   I just -- I had some documentation I wanted to present
18   him.
19      Q      Okay. And what documentation did you
20   give him?
21      A      There was things pertaining to the golf
22   tournament, who was involved in the golf tournament,
23   the fundraising events, those of us that participated
24   in that committee, the fact that things were happening
25   in the sheriff's office, meetings were being held in
```

```
 1      A       -- and myself.
 2      Q       Okay.  And what was the purpose of that
 3   meeting?
 4      A       More questions and answers, you know,
 5   pertaining to the suit I think basically to find out
 6   our relationships more so of how I knew this and how I
 7   knew this person and how they knew me, that sort of
 8   thing.
 9      Q       Okay.  And what did you tell
10   Mr. Shoemaker?
11      A       I answered his questions.
12      Q       Okay.  What did you tell him about how
13   you knew everyone?
14      A       Well, I knew Debbie Woodward from as an
15   employee of the sheriff's office, and we had a lot in
16   common based on her husband and her child, and Bobby
17   Bland, playing softball and -- who played softball as
18   an employee with the sheriff's office.  And we talked
19   about just those individuals that were there, I
20   believe is the case, no one else that wasn't there.  I
21   don't think we discussed anybody else.
22      Q       All right.  And at that meeting, did they
23   take and sign retainer agreements to -- with
24   Mr. Shoemaker?
25      A       I'm sorry?
```

```
 1      A      I bought a ticket occasionally.  I did
 2  not buy all the tickets.  Most of the --
 3      Q      Okay.
 4      A      Most of the time, I didn't get tickets.
 5      Q      All right.  But you were not fired, were
 6  you?
 7      A      No.  I was not told I needed to buy or
 8  sell.
 9      Q      All right.  Well, when you didn't buy
10  tickets, you were not terminated when you didn't buy
11  tickets, were you?
12      A      I don't think anybody knew whether I
13  bought tickets or not, to be honest with you.
14      Q      Okay.
15      A      But, no, I was not fired.  No.
16      Q      Why did they know who bought tickets?
17  Don't you have to pay personally?
18      A      Well, Captain Richardson was the one
19  handling that.  Whatever tickets I had, I gave him
20  back the tickets, and whatever tickets I sold mostly
21  is what I bought for myself.
22      Q      Okay.  So, Captain Richardson certainly
23  could have told Sheriff Roberts you didn't buy all the
24  tickets, couldn't he?
25      A      Yeah.  Whether he did or not, I don't
```

```
 1   know.
 2        Q      Okay.  And you don't know whether it was
 3   reported to Sheriff Roberts whether the plaintiffs
 4   bought or sold tickets or not, do you?
 5        A      I'm sorry?  Say again.
 6        Q      Strike that.  Nevermind.  It was a bad
 7   question.
 8               Did you tell Mr. Shoemaker that you were
 9   with the Hampton Sheriff's Office for 16 years and
10   resigned in January of 2009 to run against Sheriff
11   Roberts?
12        A      That was -- well, you asked me that
13   question yourself, and I told you that prior to my
14   retirement, I planned to run.  Yes.
15        Q      Did you tell Mr. Shoemaker that --
16        A      Yes.
17        Q      -- when you met with him?
18        A      Uh-huh.
19        Q      Okay.
20        A      Uh-huh.
21        Q      All right.  And at that time of your
22   resignation, you were the lieutenant colonel within
23   the office and third most senior officer?
24        A      At the time of my retirement, yes.
25        Q      You told Mr. Shoemaker that?
```

```
 1  to a lot of people there.
 2       Q    What, you talked about why you were
 3  running for sheriff or --
 4       A    Yes.
 5       Q    How you were?
 6       A    Uh-huh.
 7       Q    You did talk about running for sheriff?
 8       A    Yes.
 9       Q    Okay.  Were there lots of deputies from
10  the sheriff's department there?
11       A    There were numerous deputies there.  Yes.
12       Q    Okay.  More than just beside the
13  plaintiffs, right?
14       A    Yes.
15       Q    Okay.
16       A    Uh-huh.
17       Q    So, other -- who else was there beside
18  the plaintiffs; do you remember?
19       A    Sherry Ferguson was there.  I think
20  Deputy Blizzard was there.  I think Deputy Rawles was
21  there.  Deputy Larkins I think was there, I'm pretty
22  sure.  I mean, there were others as well.  I just -- I
23  don't remember.
24       Q    Okay.
25       A    I know those were there.
```