EXHIBIT

4

1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF VIRGINIA
2              Newport News Division

3

4     _____

5     BOBBY BLAND, DANIEL RAY CARTER,
      JR., DAVID W. DIXON, ROBERT W.
6     McCOY, JOHN C. SANDHOFER and
      DEBRA H. WOODWARD,
7
              Plaintiffs,
8

9         v                        4:11cv45

10

11    B. J. ROBERTS, individually,
      and in his official capacity as
12    Sheriff of the City of Hampton,
      Virginia,
             Defendant.
13    _____

14

15

16      DEPOSITION UPON ORAL EXAMINATION OF

17                BOBBY BLAND

18      Taken on behalf of the Defendant

19         Newport News, Virginia

20            August 22, 2011

21

22            -----oOo-----

23

24          INGRAM REPORTING
          2520 Queens Elm Place
25    Virginia Beach, Virginia  23454
             (757) 481-0935

Bobby Bland Depo

1    reappointed.  Why do you believe you were not

2    reappointed by the sheriff -- by Sheriff Roberts

3    after the election in 2009?

4         A.    Because I had -- I have always done

5    an outstanding job with all the jobs that I came

6    in contact with, so I had no reason to believe

7    that I would not be appointed again because I

8    had done all my EPRs suggested.  I had above

9    average performances.  And I was never

10   disciplined as you-- as I can recall.  And so I

11   -- I -- it was my understanding that I was doing

12   a wonderful job there.

13        Q.    So why do you believe you were not

14   --  why were you not reappointed?

15        A.    Why was I not reappointed?  I often

16   wonder why I was not reappointed.  It was

17   probably because in opposition that he maybe

18   thought I was, you know, going to oppose him in

19   some way is the only reason I can imagine that I

20   was not reappointed.

21        Q.    All right.  So let me explore that.

22   What do you mean by that?  You said you were

23   going to oppose him in some way.  What do you

24   mean by that?

25        A.    Well, maybe he thought I was going

27

1   to go with the opposition.  Not vote for him or

2   vote for the opposition.

3       Q.    And why would you say that?  What

4   makes you say that?

5       A.    Well, probably because my

6   supervisor, Ms. Davis, was probably working for

7   the opposition, and in some way, I don't know

8   what way, maybe I got connected there and --

9       Q.    Okay.  Well, were -- were you

10  working for McAdams' (sic) campaign to run for

11  sheriff in 2009?

12      A.    I'm sorry?

13      Q.    Were you working for McAdams'

14  campaign in 2009 with --

15      A.    Jim Adams?

16      Q.    Jim Adams.  Was Adams -- strike

17  that.

18            Was Adams running against the

19  sheriff in 2009?

20      A.    Yes, he was.

21      Q.    Okay.  Were a supporter of Adams?

22      A.    I wasn't support of anyone at that

23  time, sir.

24      Q.    Okay.  Well, I'm trying to find

25  out.  You say you thought that the sheriff may

1    have thought that you were supporting his

2    opposition.  Why would he think that?

3         A.    He had probably connected me by

4    working -- by my being with Ms. Davis and Ms.

5    Davis working for Sheriff Adams, that's the only

6    reason I -- I can surmise that he would do that.

7         Q.    Okay.  So you think it's just

8    because you worked for Ms. Davis?  Okay.

9         A.    (Witness nodded)  Because I had no

10   other -- no other connection.

11        Q.    All right.  Did you -- did you

12   actively support Adams' candidacy for sheriff?

13        A.    No, sir.

14        Q.    Did you contribute any money to his

15   campaign?

16        A.    No, sir.

17        Q.    Did you go to any campaign

18   functions for him?

19        A.    No, sir.

20        Q.    Did you post any postings on the

21   internet supporting him?

22        A.    No, sir.

23        Q.    Did you say anything derogatory

24   about Sheriff Roberts during the -- before the

25   campaign or during the campaign?

36

```
 1    What speech did you make, what did you do that

 2    caused Sheriff Roberts to fire you?

 3              MR. SHOEMAKER:  Object to the form

 4         of the question.  The question

 5         mischaracterizes the allegations in the

 6         lawsuit.  Go ahead and answer to the best

 7         of your ability.

 8         A.    Okay.

 9

10    BY MR. ROSEN:

11         Q.    Tell me.

12         A.    I was not given an opportunity to

13    come before him.

14         Q.    Okay.  All right.  Did you make any

15    speech opposing his candidacy for sheriff to

16    anyone?

17         A.    No, sir.  I did not make any

18    speech.  Excuse me.  When you say, "any speech".

19         Q.    Any.

20         A.    Can you explain that to me, sir?

21         Q.    Sure.  Did you say anything

22    expressing your rights -- expressing your views,

23    your political views, either for or against him

24    or Mr. Adams during the election that you

25    believe that Sheriff Roberts used to fire you?
```

1      A.    Of course, there were -- there was

2  always would be talk, you know, between

3  co-workers, okay.  And -- but it was never --

4  but it was never said, you know, who I would,

5  you know, who I would vote for during that time

6  frame.

7      Q.    So you didn't tell anyone?

8      A.    So I would just tell -- well, I

9  would -- I would talk to my co-worker, maybe one

10  that I trusted, and say, okay, you know, I don't

11  know whether this is going to be a good time to

12  make a change or whatever the case might be,

13  but, you know, I would talk to my co-worker and

14  say that but not, you know.

15      Q.    What does that mean?  I don't

16  understand what that means.

17      A.    You don't understand what what

18  means?

19      Q.    I don't know what you just said,

20  no.  Okay.  Let me ask you this.  Who other

21  co-workers did you talk to about your political

22  views as to whether Sheriff Roberts should

23  remain sheriff?

24      A.    My would talk to my closest

25  co-worker who would be Debbie -- Debbie Woodard

38

1       -- Woodward.

2            Q.      All right.

3            A.      Yeah.  She was next door to me,

4       yes.  We would always talk.

5            Q.      All right.  And so you would talk

6       to her about whether Sheriff Roberts should stay

7       sheriff or not?

8            A.      We would always talk of, you know,

9       if he was doing a good job, he would stay.  If

10      he's not doing a good job, maybe he should go,

11      or something like that.

12           Q.      Well, you don't believe that she

13      reported that back to Sheriff Roberts, do you?

14           A.      I have no knowledge of that, sir.

15           Q.      Okay.  Did you talk to anyone else

16      besides Debbie Woodward -- Woodard about that?

17           A.      No.  She would be the only --

18      probably the only one I would talk with.

19           Q.      Okay.  Did you ever talk with any

20      of the sheriffs in administration about your

21      political views?

22           A.      No.  I would never talk to anyone

23      else about my political views.

24           Q.      Because why?  Because it --

25           A.      It would get out.

42

1    A.    Excuse me?

2    Q.    Did they require -- did he require

3  the employees to help him get elected --

4  reelected?

5    A.    I'm -- I'm sure when he got

6  everybody together, that was his focus was to

7  get everybody to jump on his band wagon because

8  he wanted to be, you know, reappointed.  He

9  wanted to be reelected to sheriff.  So he was

10 just making sure everybody was on the same page

11 that, okay, I'm the best person, I'm the best

12 candidate.

13   Q.    Well, other than saying that, did

14 he ask you to vote for him?

15   A.    Well, he said he was the best

16 candidate then.  You know, you have to just read

17 between the lines that, I'm the best candidate

18 here, so.

19   Q.    Well, did he require that you

20 contribute money to his campaign?

21   A.    I'm sure I contributed money to his

22 campaign in the form of ticket sales, yes.

23   Q.    You say you are sure you did?

24   A.    I did contribute to his campaign.

25   Q.    How much did you contribute?

43

1          A.      Whatever tickets were.  Usually, we

2     got them in blocks.  I think it was five, I

3     think there about ten, about $50 for each

4     campaign.

5          Q.      You mean raffle tickets?

6          A.      Yes, sir.

7          Q.      Okay.  Were they required that you

8     buy raffle tickets?

9          A.      Yes, sir.

10         Q.      Why do you say that?  Did they say

11    you have -- had to buy him?

12         A.      The official that gave us the

13    tickets indicated that you sell them or either

14    you purchase them.

15         Q.      Who -- who -- who -- who did that

16    to you?  Who - who told you that?

17         A.      That was the last couple -- person

18    that gave me tickets were at that time was

19    Captain Richardson, who would hand them out to

20    me.

21         Q.      And did you buy $50 worth of

22    tickets in 2009?

23         A.      Yes, I did, sir.

24         Q.      Did you have -- did you buy them in

25    cash or check?

```
1        Thursday.
2             MR. ROSEN:  Well, I have it, but
3        I'm -- but you will have it in advance of
4        your depositions.
5             MR. SHOEMAKER:  Okay.  I've got no
6        objection.
7             MR. ROSEN:  Okay.  All righty.
8        Okay.  Okay.  For that, and if there's any
9        other responses to interrogatories that I
10       find out about also, I would like to have
11       the opportunity to follow up if I need to.
12            MR. SHOEMAKER:  No problem.
13
14  BY MR. ROSEN:
15       Q.    Okay.  All right.  And so do I
16  understand that you bought $50 worth of tickets
17  every year -- every -- every election?
18       A.    Yes.  I believe I purchased tickets
19  every year that -- that -- they were given to
20  me.
21       Q.    Okay.  All right.  Could you have
22  said you don't want -- you couldn't do it this
23  year?  Could you have done that or not?
24       A.    No.  I never said I couldn't do it.
25       Q.    Okay.  All right.  Did anyone tell
```

48

1  employment would not continue if you didn't do

2  it, were you?

3       A.    Oh no.  I willingly did that.

4       Q.    Okay.  All right.

5       A.    I had no problem with that.

6       Q.    Did you work on his campaign in

7  2009?

8       A.    No, sir.  I did not work on his

9  campaign in 2009.

10       Q.    Why not?

11       A.    I just didn't work on his campaign.

12       Q.    All right.

13       A.    I didn't go out to hand out flyers,

14  I think -- I think the night of the election, I

15  did go out and help set up his equipment.  I was

16  called by Captain Wells-Major to set up the

17  computer, the laptop to help show results that

18  -- that were coming in.  So that -- that, I

19  think, was the only thing that I did for that

20  campaign.

21       Q.    Was that -- was that as a

22  volunteer?  Was that as part of your job at the

23  Sheriff's Department?

24       A.    No.  That was not part of my job.

25       Q.    Okay, okay.

1    Probably about ten to 15 percent that

2    participated.

3        Q.    So ten to 15 percent --

4        A.    That would be an approximate guess,

5    yes, sir.

6        Q.    -- of the Sheriff's Department

7    employees participated in the -- the political

8    campaign.

9        A.    That would help out with his

10   campaign.

11       Q.    Okay.

12       A.    It might have been more than that.

13   So I was -- I'm guessing at this time.  Say

14   approximately ten to 15 percent.

15       Q.    Okay.

16       A.    It could have been more.

17       Q.    All right.  And it's alleged in

18   paragraph 15D that the sheriff had coerced

19   employees to sell tickets and to buy tickets to

20   campaign fund raising events.

21            Were you ever coerced to sell

22   tickets or buy tickets?

23       A.    I was not coerced.  I was asked to

24   either buy them or -- or you know --

25       Q.    Sell them?

Bobby  Bland  Depo