UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

BOBBY BLAND, DANIEL RAY CARTER, JR., DAVID W. DIXON, ROBERT W. MCCOY, JOHN C. SANDHOFER and DEBRA H. WOODWARD,

    Plaintiffs,

v.

B. J. ROBERTS, individually and in his official capacity as Sheriff of the City of Hampton, Virginia,

    Defendant.

CASE NO: 4:11cv45

## AFFIDAVIT OF MAJOR KENNETH RICHARDSON

**COMMONWEALTH OF VIRGINIA**
**CITY OF HAMPTON, to-wit:**

1. At all times relevant to plaintiffs' Complaint, I have worked for Sheriff Roberts in the Hampton Sheriff's Office, in the position of Major.

2. I base this Affidavit on personal knowledge and on records maintained in the ordinary and regular course of business.

3. In 2009, many employees in the Sheriff's Office did not buy or sell tickets to the Sheriff's golf tournament. I did not share that information with Sheriff Roberts or anyone else.

4. Buying or selling golf tournament tickets was not a condition of reappointment by Sheriff Roberts and I did not indicate that to any employee with whom I spoke.

5. Sheriff Roberts reappointed many employees who did not participate in the sale of golf tournament tickets.

6. At no time did I discuss with Sheriff Roberts which candidate plaintiffs or any other appointee supported.

_____
MAJOR KENNETH RICHARDSON

This day personally appeared before me, the undersigned Notary Public in and for the county/city and state aforesaid, Major Kenneth Richardson, who after first being duly sworn, deposed and said that the facts contained in the foregoing instrument are true and correct.

Sworn and subscribed to before me this __8__ day of December, 2011.

_____
Notary Public

My Commission Expires: 1/31/14
Registration No.: 7271879

2