IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

---

BOBBY BLAND, DANIEL RAY CARTER, JR.,
DAVID W. DIXON, ROBERT W. McCOY,
JOHN C. SANDHOFER, and
DEBRA H. WOODWARD,

      Plaintiffs,               CASE NO.
                                          4:11-CV-45

v.

B.J. ROBERTS, individually and in
his official capacity as Sheriff of
the City of Hampton, Virginia,

      Defendant.

---

DEPOSITION UPON ORAL EXAMINATION
OF KENNETH P. RICHARDSON,
TAKEN ON BEHALF OF THE PLAINTIFFS

Virginia Beach, Virginia

October 12, 2011

Appearances:

    PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
    By: JAMES H. SHOEMAKER, JR., ESQUIRE
        Counsel for the Plaintiffs

    PENDER & COWARD
    By: JEFFREY A. HUNN, ESQUIRE
        Counsel for the Defendant

ADAMS HARRIS REPORTING, INC.
(757) 631-0458



1   A.      Lieutenants and my interaction with my
2 staff.
3   Q.      Who were your lieutenants in December -- in
4 November and December of 2009?
5   A.      Lieutenant Mitchell was one. Lieutenant
6 Cooke. Lieutenant Lewis. And I don't recall who the
7 fourth one was.
8   Q.      So your lieutenants were Mitchell, Cooke,
9 and Lewis, and you don't remember who the fourth one
10 was?
11  A.      Dean was the fourth one.
12  Q.      Do you remember hearing about an incident
13 between David Dixon and Frances Pope at the polls in
14 November of 2009?
15  A.      No.
16  Q.      Have you ever solicited any sheriff's
17 office employees or deputies for support for the
18 sheriff's reelection efforts?
19  A.      No.
20  Q.      Have you ever asked Hampton sheriff's
21 office deputies or employees to sell tickets to a golf
22 tournament for the sheriff?
23  A.      Yes.
24  Q.      And how often have you done that?
25  A.      Probably once a year.

| | | |
|---|---|---|
| 1 | Q. | And how would you go about doing that? |
| 2 | A. | Just issue -- we have a roster, and I just give everybody five tickets and just ask them to go ahead and sell the tickets for me. |
| 5 | Q. | And where would you do this, at shift change meetings? |
| 7 | A. | Like this year we just did everything outside in the parking lot. We were never inside the building. |
| 10 | Q. | You never did it inside the building? |
| 11 | A. | I said this year. |
| 12 | Q. | Okay. What about in 2008? |
| 13 | A. | I think in the past, yeah. And I've done it because I was just getting started. And I -- I was responsible for that. |
| 16 | Q. | And in past years you've done it at shift change meetings? |
| 18 | A. | Could have been. I'm not sure. |
| 19 | Q. | In past years you've done it in the buildings? |
| 21 | A. | Yes. |
| 22 | Q. | And it's your testimony here under oath today that the only times you did it in 2009 was in the parking lot? |
| 25 | A. | Yes. |

```
 1       A.      I'm pretty sure I did.
 2       Q.      Did you do anything else to help the
 3  sheriff's reelection efforts in 2009, other than work
 4  the polls, help get out signs, literature drops, and
 5  the golf tournament?
 6       A.      Probably seek volunteers to come out and
 7  help pass out literature at the different locations,
 8  polling sites.
 9       Q.      And you would seek volunteers from within
10  the Hampton sheriff's office?
11       A.      And outside, outside, too.
12       Q.      Okay.  Did you ever speak to employees in
13  an effort to obtain their support for the sheriff in
14  his reelection efforts in 2009?
15       A.      No.
16       Q.      Were you ever present when any other
17  officers at the rank of lieutenant or above ever spoke
18  to Hampton sheriff's office employees in an effort to
19  get them to vote for B. J. Roberts in 2009?
20       A.      No, I've never heard that.
21       Q.      Did you attend any shift change meetings in
22  2009 at which the sheriff spoke about the election?
23       A.      Probably.
24       Q.      Do you have any recollection, specific
25  recollection of that, sitting here today?
```