ORIGINAL                                    1

EXHIBIT

tabbles  | |

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF VIRGINIA
             Newport News Division

3

4     _____

5     BOBBY BLAND, DANIEL RAY CARTER,
      JR., DAVID W. DIXON, ROBERT W.
6     McCOY, JOHN C. SANDHOFER and
      DEBRA H. WOODWARD,
7
8              Plaintiffs,

9          v                        4:11cv45

10

11    B. J. ROBERTS, individually,
      and in his official capacity as
12    Sheriff of the City of Hampton,
      Virginia,
13             Defendant.

      _____

14

15

16        DEPOSITION UPON ORAL EXAMINATION OF

17            ROBERT W. McCOY

18      Taken on behalf of the Defendant

19        Newport News, Virginia

20           August 22, 2011

21

22            -----oOo-----

23

24           INGRAM REPORTING
            2520 Queens Elm Place
25    Virginia Beach, Virginia  23454
            (757) 481-0935

INGRAM REPORTING
Virginia Beach, Virginia
Phone (757) 481-0935

1      A.      Run for sheriff, yeah.  I told him
2  I would support him.
3      Q.      Okay.  So when -- as soon as he
4  announced it, you told him you would support
5  him?
6      A.      Yes.
7      Q.      What did you do to support him in
8  his campaign?
9      A.      To support him?  Nothing -- nothing
10  physical.
11      Q.      Did you give him money?
12      A.      No.
13      Q.      Did you give him -- did you do any
14  campaigning for him?
15      A.      No.
16      Q.      Pass out any paraphernalia?
17      A.      No.
18      Q.      Put a sign in your front yard?
19      A.      No.
20      Q.      So what did you do besides -- what
21  did you do for him?
22      A.      I voted for him.
23      Q.      Okay.  All right.  Other than that?
24      A.      That's it.
25      Q.      Okay.

1        A.      I went on his Facebook.

2        Q.      So you went on his Facebook page?

3    You posted your picture on his --

4        A.      Yes.

5        Q.      -- page as a supporter?

6        A.      Yes.

7        Q.      Well, what did you think that would

8    do to your career at the Sheriff's Department?

9    Did you think about that?

10       A.      I didn't.

11       Q.      Okay.  You didn't think about when

12   you did it?

13       A.      No.  It was just a few days before

14   the election.

15       Q.      Okay.  Did you think it would

16   adversely affect your brief employment chances?

17       A.      I didn't even think about at the

18   time I did it.  I just e-mailed him.  And I went

19   on his support page.  I e-mailed him, good luck

20   on -- on your election.  And I ended up on his

21   Facebook page at that time.

22       Q.      Did you realize when you e-mailed

23   him that you would end up on his Facebook page?

24       A.      I don't even recall if I was even

25   thinking about that.

1       Q.      Okay.  So you didn't know if anyone
2   else would find out about it by sending e-mail?
3       A.      No.
4       Q.      Okay.  Did you tell anyone else in
5   the Sheriff's Department --
6       A.      Yes.
7       Q.      -- that you were an -- an -- an
8   Adams supporter?
9       A.      Yes.
10      Q.      Who did you tell?
11      A.      Deputy Muton.
12      Q.      Who is that?  Who is that?
13      A.      He's a work force deputy.
14      Q.      Is he a friend of yours?
15      A.      Yeah.  I've known him for years as
16  well.
17      Q.      Okay.  Why did you tell him?
18      A.      I thought I could trust him.
19      Q.      Did you tell him that you should
20  vote for Adams, too?
21      A.      No.
22      Q.      Okay.  So you thought that you were
23  confident Muton would not disclose that you were
24  supporting Adams?
25      A.      Correct.

1      Q.      Okay.

2      A.      I told Keena Ransom (sic).  She was

3 a deputy at the time.

4      Q.      Why did you tell her?

5      A.      She was trustworthy.

6      Q.      A friend?  She's a friend?

7      A.      Yeah.  Just friends.

8      Q.      You thought they would be trusted

9 not to disclose that?

10      A.      (Witness nodded.)

11      Q.      Anyone else?

12      A.      A couple of others, but -- let's

13 see.  I believe -- I can't think of his name

14 now.  He's also work force.  I don't -- I can't

15 -- I may have talked to him briefly, other work

16 force guy.  I think he was standing with Muton

17 at the time, and I can't think of his name now.

18      Q.      All right.  And what did you say to

19 them?

20      A.      Just I think Adams would be a good

21 sheriff, been in -- he was doing this for -- you

22 know, since -- since the eighties, and he should

23 know what he's doing.  Basically, I think he

24 would be a good sheriff.

25      Q.      And why didn't you support Sheriff

1   Adams, not him?

2        A.     I feel that possibly maybe some of

3   the -- couple of the people that -- that I

4   talked to may have informed him that I was not

5   -- not supporting him, I was supporting Adams,

6   plus my Facebook page -- his Facebook page I was

7   listed as one of Adams supporters --

8        Q.     Okay.

9        A.     -- and that's common.  I mean,

10  that's, you know, that's open to everybody.

11       Q.     The fact that you were on the

12  Facebook page.  Okay.

13       A.     Go ahead.

14       Q.     Did you know whether Sheriff

15  Roberts ever looked at the Facebook page and saw

16  that you were on there?

17       A.     I don't know.

18       Q.     You don't know that?

19       A.     But there was rumors going around

20  the sheriff's office that some of Sheriff

21  Roberts' sub -- higher-ups were looking at Face

22  bush -- Facebook page seeing who his supporters

23  were.

24       Q.     Okay.

25       A.     And then when Danny Carter, his

```
1   name showed up, then it was like don't -- don't
2   -- you know, you show yourself on Facebook --
3   you know, everybody was saying that Danny Carter
4   is out of there because he supported Adams
5   openly.  And that if you got on Facebook or you
6   got -- you showed any kind of interest in Jim
7   Adams that you'd probably get fired.
8           Q.      Is that --
9           A.      That was just rumors.
10          Q.      Was that before you posted on
11  Facebook as well?
12          A.      No.  This was -- I put -- I -- I
13  ended up on Facebook about a month, I believe,
14  before --
15          Q.      Before the election?
16          A.      -- the election, yes.
17          Q.      Okay.  Well, after you heard the
18  rumor about Carter being on it -- on Facebook
19  and the rumors were that he was not going to be
20  reappointed, why would you put your name on
21  Facebook?
22          A.      I didn't.  I -- What was the
23  question?
24          Q.      If you heard rumors that --
25          A.      This is after I went on Facebook.
```

1    Q.    Okay.  But you didn't do that
2  intentionally?  You did it accidentally.
3    A.    I intentionally went on Facebook
4  and e-mailed him, yes.
5    Q.    But you didn't intend to be posted
6  on his website?
7    A.    Right.
8    Q.    Okay.  I think that's probably what
9  happened to Carter, too.
10        Did anyone from the Sheriff's
11  Department tell you that because you were posted
12  -- that you were posted as a supporter on
13  Facebook that you would not be reappointed?
14    A.    No.
15    Q.    Okay.  Did you ever discuss the
16  fact that you were posted as an Adams' supporter
17  on Facebook with Sheriff Roberts?
18    A.    Say that again.
19    Q.    I'll rephrase it.  Did you ever
20  discuss with Sheriff Roberts the fact that you
21  were posted as a supporter on Adams' Facebook
22  page?
23    A.    Never talked to Sheriff Roberts
24  about that.
25    Q.    All right.  How about -- has anyone

1    in your administration?

2         A.      No.

3         Q.      Anyone tell you -- tell you they

4    saw your -- that you support Adams on Facebook?

5         A.      No.

6         Q.      Okay.  So what makes you think that

7    Sheriff Roberts knew about it?

8         A.      I didn't.

9         Q.      You don't know whether he knew?

10        A.      No.  I didn't.

11        Q.      Okay.

12        A.      I assumed that he knew since

13   everybody else knew.

14        Q.      Okay.  When you say everyone else

15   knew?

16        A.      Everybody -- I was approached by

17   ten or 15 people that, you know, what are you

18   doing?  You know, you got 18 months to retire,

19   to be eligible to retirement.  Why would you do

20   that?

21        Q.      Okay.  So you're 18 months to be

22   eligible for retirement?

23        A.      Correct.

24        Q.      Okay.  All right.  If you knew that

25   that by sending an e-mail --

1       A.      I didn't.

2       Q.      -- I'm saying if you knew that you

3   would be posted as a supporter for Adams by

4   sending e-mail on the website, would you have

5   done that?

6       A.      No.

7       Q.      Okay.  What evidence do you have

8   that Roberts terminated your employment because

9   you supported Adams during the election?

10          MR. SHOEMAKER:  Object to the form

11      of the question.  Go ahead and answer it

12      to the best of your ability.

13      A.      I don't have any evidence.

14

15  BY MR. ROSEN:

16      Q.      Okay.  I wanted to ask you a few

17  questions about the lawsuit that was filed.  In

18  paragraph 15, it says the sheriff has used

19  sheriff's office employees, including low-level

20  non-supervisory employees to plan, manage staff

21  and carry out political activities and events

22  while on paid status.  Do you know anything

23  about that?

24      A.      No.

25      Q.      Okay.  Did you do any campaigning

42

1    get-together?

2        A.      A get-together.

3        Q.      Okay.  And were there many people

4    from the sheriff's department there?

5        A.      Yes.

6        Q.      Okay.  And including Adams?

7        A.      Yes.  He showed up.

8        Q.      He showed up, too?  Okay.

9                Was he soliciting support for his

10   upcoming campaign?

11       A.      Not that I can recall.  He never

12   said anything directly to me about, you know, I

13   knew he was running.

14       Q.      Well, everyone knew he was running.

15       A.      Everybody knew.  He didn't actually

16   come out and say, you know, vote for me.  He

17   didn't say all that.  He was just there.

18       Q.      Okay.  But everyone knew he was

19   running?

20       A.      Yes.

21       Q.      Okay.  Were any of Sheriff Roberts'

22   senior staff present at that event?  Do you

23   know?

24       A.      No.

25       Q.      Okay.  Do they --

43

1        A.      Not that I am -- not that I can

2   recall.  There was a lieutenant there.  I don't

3   recall his name.  I think it was Mitchell.  I--

4   I don't recall.

5        Q.      Okay.  All right.

6        A.      What would be considered?  I don't

7   understand senior staff.

8        Q.      Well, I guess, you know,

9   lieutenants and majors, colonels.

10       A.      I don't recall.

11       Q.      Okay.  All right.  Okay.  It

12  alleges in Paragraph 21 that each of the

13  plaintiffs received the following admonitions or

14  warnings:  21A.  If you don't support the

15  sheriff, you're going to be out of here.  Anyone

16  tell you that?

17       A.      Yes.

18       Q.      Who told you that?

19       A.      Some of the people I work with.  I

20  don't recall names right -- right now.

21       Q.      You mean the other deputies?

22       A.      Deputies.

23       Q.      Okay.  So but no one from the

24  senior staff told you that?

25       A.      No.