**EXHIBIT 14**

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF VIRGINIA
                   Newport News Division


_____

BOBBY BLAND, DANIEL RAY CARTER,
JR., DAVID W. DIXON, ROBERT W.
McCOY, JOHN C. SANDHOFER and
DEBRA H. WOODWARD,

            Plaintiffs,


      v                            4:11cv45


B. J. ROBERTS, individually,
and in his official capacity as
Sheriff of the City of Hampton,
Virginia,
            Defendant.
_____




        DEPOSITION UPON ORAL EXAMINATION OF

              DANIEL RAY CARTER, JR.

          Taken on behalf of the Defendant

              Newport News, Virginia

                 August 22, 2011



                   -----oOo-----



                 INGRAM REPORTING
              2520 Queens Elm Place
         Virginia Beach, Virginia  23454
                 (757) 481-0935
```

```
 1        Q.    And how long did you work in that
 2   position?
 3        A.    For the rest of the time there.
 4        Q.    Okay.  And so you were not
 5   reappointed --
 6        A.    Yes, sir.
 7        Q.    -- in 2009.
 8              Now, it looks like you had numerous
 9   disciplinary actions taken against you while you
10   were -- worked at the Sheriff's Department?
11        A.    There was a few.
12        Q.    A few.
13        A.    For early releases, yes, sir.
14        Q.    All right.  So were they -- what
15   did they have to deal with?
16        A.    I guess people getting released
17   before they were supposed to due to, you know,
18   not checking all the paperwork, error being
19   signed off properly.
20        Q.    Improper releases?
21        A.    Yes, sir.
22        Q.    That's -- that's a bad thing in the
23   Sheriff's Department, isn't it?
24        A.    Yes, sir.
25        Q.    The sheriff doesn't want to release
```

```
 1  you.
 2       A.     She was standing there and using
 3  the phone in post three.  They were in the
 4  office, which is approximately 10 feet away with
 5  the door open.
 6       Q.     Did you see the sheriff looking at
 7  your face -- your Facebook page?
 8       A.     I didn't, no, sir.
 9       Q.     Okay.  All right.  And so are you
10  saying he doesn't know about your wife because
11  your wife didn't post her picture on Adams'
12  Facebook page.  Is that what you're saying?
13       A.     Actually, the picture is me and my
14  wife together.
15       Q.     Oh, so your wife is in the picture?
16       A.     Yes, sir.
17       Q.     So why wouldn't the sheriff
18  conclude that she was a supporter, too?
19       A.     I don't know what he concluded,
20  sir.  We never were able to talk to him.  After
21  I heard the rumors start, I tried to talk to
22  him.
23       Q.     Do you have a copy of that Facebook
24  page?
25       A.     I don't.
```