1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

------------------------------------
BOBBY BLAND, DANIEL RAY CARTER, JR.,
DAVID W. DIXON, ROBERT W. McCOY,
JOHN C. SANDHOFER, and
DEBRA H. WOODWARD,

       Plaintiffs,               CASE NO.
                                                 4:11-CV-45
v.

B.J. ROBERTS, individually and in
his official capacity as Sheriff of
the City of Hampton, Virginia,

       Defendant.
------------------------------------

DEPOSITION UPON ORAL EXAMINATION
OF CRYSTAL COOKE,
TAKEN ON BEHALF OF THE PLAINTIFFS

Virginia Beach, Virginia

October 11, 2011

Appearances:

   PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
   By: JAMES H. SHOEMAKER, JR., ESQUIRE
      Counsel for the Plaintiffs

   PENDER & COWARD
   By: JEFF W. ROSEN, ESQUIRE
      Counsel for the Defendant



|    |    |
|----|----|
| 1  | MR. SHOEMAKER: I'm getting ready to shift |
| 2  | topics here. Why don't we take a quick break, say a |
| 3  | five-minute break. We'll come back in five minutes. |
| 4  | THE DEPONENT: Okay. |
| 5  |    |
| 6  | (Recess) |
| 7  |    |
| 8  | BY MR. SHOEMAKER: |
| 9  | Q.    Let's go back on the record. |
| 10 |      Ma'am, do you remember there coming a time |
| 11 | in August or September of 2009 when it came to light |
| 12 | that there was a cookout or a picnic attended -- or |
| 13 | given by Ramona Larkin? |
| 14 | A.    Yes. |
| 15 | Q.    Okay. Did Ramona Larkin work for you? |
| 16 | A.    Yes. |
| 17 | Q.    And how did you learn about that event? |
| 18 | A.    It was her birthday weekend and she was |
| 19 | having a cookout so she invited the shift. |
| 20 | Q.    Did you go? |
| 21 | A.    No. |
| 22 | Q.    Did you come to learn that Jim Adams |
| 23 | attended that event? |
| 24 | A.    Yes. |
| 25 | Q.    How did you learn about that? |