



**Hampton Sheriff's Office Personnel Training Record**

| John C. Sandhofer | | SS# | -5252 | |
|---|---|---|---|---|
| DOH: /08 | | | Deputy | |
| **2008 Training Record** | Training Date(s) | | Instructor(s) | Number of Hours |
| Administrative Orientation | 2/4/08 | | Mrs. E. Bland (HR) | 7.25 |
| CPR/AED, BBP/IC (100), PREA, 1st Aid | 2/5/08 | | MD Dixon | 8.5 |
| New Deputy Orientation/Training | 2/6/08 | | Lt. Cherry, Dep. Harper, Lt. Col. Adams, Capt. Richardson, Nurse Battle | 8 |
| New Deputy Orientation/Training | 2/7/08 | | MD. Dixon/Col Bowden | 8 |
| New Deputy Orientation/Training | 2/8/08 | | Lt. S. Rich/ MD R. Williams | 8 |
| New Deputy Orientation/Training | 2/11/08 | | Deputy Harper | 2 |
| Emergency Vehicle Operator Course (Classroom) | 2/11/08 | | MD Dixon | 6 |
| Court Services Orientation | 2/12-13/08 | | Sgt. Harding/Sgt. Perkins/MD Barnwell | 16 |
| EVOC Practicals (99%) | 2/14/08 | | MD Dixon | 7 |
| Corrections FTO Modules ~ Basic Tasks, Phases I & II Completed (Modules reviewed with Capt. Richardson ~ signed off 3/26/08 | 2/16/08 - 3/18/08 | | MDep. T. Wedding/Sgt. Glover & Dep. R. Larkins | 216 |
| Policy & Procedures Reviewed #130 - Sexual Harassment #304 - Use of Force #305 - Use of Chemical Weapons & 630 - Bias Based Policing | 3/31/08 | | Personal Review & Signature | 0 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 6/30/08 | | Personal Review & Signature | 0 |

| John C. Sandhofer | | SS# | I-5252 | |
|---|---|---|---|---|
| **2008 Training Record** | Date(s) | | Instructor(s) | of Hours |
| Pre-Academy Firearms Training | 7/18/08 | | Sgt. J. Meyers | |
| Classroom Lectures: Nomenclature of Shotgun, Revolver, Pistol; Forms of Deadly Force; Immediate Action Drills; Proper Stance/Grip/Sight Picture/Alignment; Methods of Security; How to shoot, Standing, Kneeling & Prone; Immediate Action Drills; Safety/Cardinal Rules; Deadly Force; Use of Force (Policy 304); Clearing Malfunctions; Weapons Cleaning & Storage; Properly load & unload weapons; What to expect for Challenge drills; Disassembly of weapons (Test Score 100) | 7/18/08 | | Sgt. J. Meyers | 7 |
| Revisit all above topics to include Range Rules/Safety/Clean-up ~ Rounds of Glock (21) .45 ammunition shot by student 100 | 7/21/08 | | Sgt. J. Meyers/MDep. H. Wiinder | 7 |
| 08-3 Basic Combined Jailor, Court Security & Civil Process School | 7/24/08 - 10/16/08 | | HRCJTA Instructors | 404 |
| CPR & 1st Aid Cert. | 7-28-29-2008 | | HRCJTA Instructors | 0 |
| Firearms Training/Qualification | 7-31-8-7 2008 | | HRCJTA Instructors | 0 |
| ASP Baton Training | 10/13/08 | | HRCJTA Instructors | 0 |
| Review of Policy 314 - Hazardous Communication & Policy 319 - Evacuation Plan | 9/30/08 | | Personal Review & Signature | 0 |
| Night Fire Enhancement ~ Range Safety/Immediate Action Drills/Decision Course | 11/12/08 | | HSO Certified Firearms Instructors | 2.5 |
| Policies and Procedures Reviewed: #313 - Fire Safety and Sanitation, #318 - Emergency Situations, #420 - Suicide Intervention | 12/31/08 | | Personal Review & Signature | 0 |
| | | | | 707.25 |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |



**Hampton Sheriff's Office Personnel Training Record**

John C. Sandhofer          SS#          -5252
DOH:      '08                            Deputy

| 2009 Training Record | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| Block Training Session 1/12-16/09 | | | |
| Interpersonal Communication Skills/Conflict Resolution ( Score 100) | 1/5/09 | Sgt. J. Meyers | 2 |
| Professionalism | 1/5/09 | Sgt. J. Meyers | 1.5 |
| Supervision of Offenders & Segregated Inmates (100) | 1/5/09 | Sgt. J. Meyers | 2 |
| Emergency Medical Procedures/Intake Medical Screening | 1/5/09 | Nurse D. Battle | 2.5 |
| Use of Force (P&P #304) ~ Score 100 | 1/6/09 | Sgt. J. Meyers | 1 |
| Aerosol Projectors (MACE) ~ Score 95 | 1/6/09 | Sgt. J. Meyers | 1 |
| Restraint Chair Techniques ~ Score 100 | 1/6/09 | Sgt. J. Meyers | 1.5 |
| ASP Baton Annual Retraining | 1/6/09 | Lt. H. Lewis | 1.5 |
| Defensive Tactics Annual Retraining | 1/6/09 | Lt. H. Lewis/Sgt. J. Meyers | 3 |
| Emergency Vehicle Operator (EVCO Classroom) | 1/7/09 | MDep. R. McCoy | 8 |
| Code of Conduct/Ethics ~ Score 100 | 1/8/09 | Mrs. E. Bland | 1 |
| Escape Prevention ~ Score 100 | 1/8/09 | Sgt. J. Meyers | 1 |
| Security/Safety & Fire Emergency Procedures ~ Score 100 | 1/8/09 | Sgt. J. Meyers | 1.5 |
| Suicide Prevention/Intervention & Dealing with the Mentally Ill | 1/8/09 | Mr. D. Barker (CSB) | 2.5 |
| Cultural Diversity/Awareness ~ Score 100 | 1/8/09 | Lt. S. Rich/MDep. L. Gittens | 2 |
| OSHA/Hazardous Communication (93)& Workplace Violence (100) | 1/9/09 | Sgt. J. Meyers | 1.5 |
| Legal Update | 1/9/09 | Sgt. J. Meyers | 0.5 |

John C. Sandhofer          SS#          5252

| 2009 Training Record | Date(s) | Instructor(s) | of Hours |
|---|---|---|---|
| Testifying in Court (100) | 1/9/09 | Sgt. S. Mays | 1 |
| Accreditation/Documentation | 1/9/09 | Dep. V. Harper | 1 |
| Report Writing | 1/9/09 | Sgt. S. Mays | 1.5 |
| Sexual Harassment (100) / Unlawful Workplace Harassment & Hostile Environment | 1/9/09 | Sgt. Harding/Dep. Harper | 2.5 |
| Policy Review Committee | 2/2/09 | Capt. B. Wells-Major | 0.75 |
| Policy Review Committee | 3/3/09 | Capt. B. Wells-Major | 0.25 |
| Firearms Enhancement / Firearms Safety | 3/10/09 | Sgt. Meyers/M.Dep. McCoy | 3.5 |
| Extra Duty for Hampton University class. Topics: Extra Duty policy 132, Personal Management policy 128, Code of ethics/conduct policy 128b, Vehicles policy 299, Radio Communications policy 317, Mental health policy 418, mace policy 305, traffic control policy 610, Use of force policy 304, Report writing and civil liability. (scores: extra duty 90, ACO 100, Use of Force 100) | 3/24/09 | Sgt. J. Meyers | 3 |
| Honor Guard Training | 4/10/09 | Dep. Harper | 1 |
| General Instructor School | 4/13-17/09 | HRCJTA Instructors | 36 |

| | | | |
|---|---|---|---|
| Annual Day Fire Qualification - Score 98 Glock 21, 86 glock 30 Classroom topics:  Use of Force/Reloading Drills/Code of Conduct/Ethics/Immediate Action Drills/Shotgun Qualifications M.Dep. and Sgt. | 4/20/09 | HSO Certified Firearms Instructors | 3.5 |
| Honor Guard Training (21 gun Salute) | 4/24/09 | Dep. Harper | 3 |
| Policy Quarterly Review ~ #128b-code of Ethics/Conduct / #130-Descrimination and Sexual Harassment / #304-Use of Force / #305-Use of Firearms and Chemical Weapons / #630 - Bias-Based Profiling | 4/30/09 | Personal Review & Signature | 0 |
| Revised Policy and Procedures I will read and implement each policy.~100-Mission Statement Goals and Objectives, 105a-Written Directives, 111- Internal Affairs, 113- Budget, Purchase and Inventory Control, 128 Personnel Management, 129- Uniform and Attire, 132-Extra Duty/Secondary Employment, 134- Training and Staff Development, 143- Information Management, 304- Use of Force, 308-Searches/Contraband, 317- Radio and Telephone Communications, 405- Classification, 501- Inmate Work Programs, 601-Courtroom/Courthouse Security Operations, 603- Domestic Violence, 630-Bias-Based Profiling, 633-Jurisdiction and Mutual Aid. | 4/30/09 | Personal Review & Signature | 0 |

| John C. Sandhofer | SS# | -5252 | |
|---|---|---|---|
| **2009 Training Record** | **Date(s)** | **Instructor(s)** | **of Hours** |
| HPD Gang Training | 6/16/09 | HPD Gang Division ~ C. Sales/R. Viney/R. Feliciano/G. Wilson | 7 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 6/30/09 | Personal Review & Signature | 0 |
| Aerosol Projectors (MACE) ~ Use and Treatment Procedures - Live Exposure Application | 7/17/09 | Sgt. J. Meyers | 1 |
| Before Giving Care, CPR/AED (100/100/100) | 7/30/09 | Sgt. J. Meyers | 4.5 |
| Bloodborne Pathogens (100) | 7/30/09 | Sgt. J. Meyers | 0.5 |
| Prison Rape Elimination Act. (PREA) | 7/30/09 | Sgt. J. Meyers | 0.5 |
| Basic Crisis Intervention Team (CIT) Training Program | 8/3-7/09 | Hampton-Newport News CSB - Dean Barker, HNN CIT Coordinator | 40 |
| Policy Review Committee | 8/20/09 | Capt. B. Wells-Major | 1 |
| Honor Guard Training (Honor Guard Detail /Parade Detail /21 gun Salute) | 9/3/09 | Captain R. McGee/Dep. V. Harper | 2 |
| Honor Guard Training (Parade Formation) | 9/25/09 | Dep. V. Harper | 1 |
| Policy & Procedures reviewed # 314 - Hazardous Communication, #319 - Evacuation Plan | 9/30/09 | Personal Review & Signature | 0 |
| Honor Guard Training (Parade Formation) | 10/23/09 | Dep. Harper | 1 |
| Understanding Bias Based Profiling (score 100) | 10/26/2009 | Dep. Flibotte / M.Dep. T. Brinkley | 2 |
| Civil Process FTO Modules completed - final review by Capt. McGee 10/29/09 | 8/17/09 - 10/1/09 | Sgt. L. Perkins | 272 |
| Emergency Management Institute ~ FEMA  - Independent study course:  IS-00100.a - Introduction to the Incident Command System, ICS-100 | 11/13/09 | FEMA Independent computer study course | 2 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 12/31/09 | Personal Review & Signature | 0 |

**Employment Ended    01/01/2010**
**(Reason- Not re-appointed)**

| | Training Hours | 423.5 |
|---|---|---|

## H.S.O. TRAINING RECORDS

McCoy, Robert W.
DOH: '88
SS# ___-__-5199

| Training | Training Date(s) | Instructor(s) | Number of Hours tal |
|---|---|---|---|
| **1999 Training Records** | | | |
| Sexual Harassment Training | 1/28/99 | Atty. C. Hudson | 1.5 |
| Aggressive Driving Workshop | 2/2/99 | Workshop Staff | 5 |
| Landlord/Tenant Training Seminar | 2/10/99 | Atty. R. Quadros | 3 |
| American Red Cross CPR Training | 2/23/99 | Sgt. Johnson | 4 |
| American Red Cross First Aid Training | 3/1/99 | Sgt. Johnson | 4 |
| Driver Instructor Training Course | 3/14-3/19/99 | DCJS Staff | 40 |
| Firearms Enhancement Training | 3/23/99 | Adams/Eaves | 1 |
| Defensive Driving / EVOC Trans. Vans | 4/26-4/29/99 | Va. DOC Staff | 32 |
| Firearms Instructor Pre-Shoot | 4/28/99 | Sgt. Damron | 4 |
| 1st Quarter Policy Review | 2/1-4/30/99 | Lt. Perkins | 3.5 |
| Advance Process Servers Class | 6/2-6/4/99 | VBSO | 24 |
| Firearms Instructor Certification Course | 6/7-6/15/99 | HRRACJ Staff | 56 |
| Fire Extinguisher Training | 6/23/99 | HFD | 2 |
| Suicide Prevention Training | 7/8/99 | CSB | 2 |
| OSHA Bloodborne Pathogens Training | 7/8/99 | Nurse Hazzard | 2 |
| Legal Update | 7/15/99 | HRRACJ Staff | 4 |
| Annual Firearms Qualification | 7/27/99 | Adams/McGee | 2 |
| 2nd Quarter Policy Review | 5/1-7/31/99 | Lt. Perkins | 3 |
| 3rd Quarter Policy Review | 10/31/99 | Lt. Perkins | 11.25 |
| D.A.R.E. Officer Training Seminar | 11/1-12/99 | State Police | 80 |
| **2000 Training Records** | | | |
| 4th Quarter Policy Review | 1/31/00 | Lt. Perkins | 11.75 |
| CPR Recertification Training | 1/24/00 | Nurse Instructors | 2 |
| A.C.O. (Mace) Refresher Training | 2/16/00 | Sgt. Littlejohn | 3 |
| 1st Quarter Policy Review | 4/30/00 | Sgt. Johnson | 6 |
| Bloodborne Pathogens Training | 5/23/00 | Nurse Tarnowski | 2 |
| Advanced Firearms Instructor Training Course | 7/19/00 | Sgt. Z. Damrom | 8 |
| 2nd Quarter Policy Review | 7/31/00 | Sgt. Johnson | 2 |
| Hazard Comm. Program Training | 9/20/00 | R. Williams | 1.5 |
| 3rd Quarter Policy Review | 10/31/00 | Sgt. Johnson | 7.25 |
| Advancing Youth Development | 11/29/00 | Hanson/Tennyson | 6 |
| Advancing Youth Development | 12/1/00 | Tennyson/Perkins | 6 |
| Advancing Youth Development | 12/6/00 | Tennyson/Perkins | 6 |
| AYD, Best Cirriculum | 12/12/00 | Perkins/Yule | 6 |

| 2001 Training Records | | | |
|---|---|---|---|
| Drug Recognition Seminar | 2/13/01 | DCJS/VSP | 7 |
| CPR Certification | 2/20/01 | Nurse Battle | 4 |
| FTO Training | 4/7/01 | Humphrey/Bethea | 7 |
| Annual Firearms Qualification | 5/22/01 | Inst. Staff | 1.5 |
| Cultural Diversity Training | 6/11/01 | Lt. G. Cornelius | 4 |
| Jail/Court/Civil In-Service | 6/18-22/01 | HRCJTA Staff | 40 |
| Bloodborne Pathogens Training | 11/15/01 | Nurse Battle | 2 |
| General Inst. Re-Certification Course | 11/16/01 | HRCJTA Staff | 8 |
| 2001 Policy & Procedure Review | 6/23/05 | G. Perkins / W. Johnson | 22.25 |
| | | | |
| **2002 Training Record** | | | |
| Firearms Enhancement | 1/15/02 | Lt. McGee | 1.5 |
| First Aid | 2/12/02 | Nurse Battle | 4 |
| CPR | 2/12/02 | Sgt. Johnson | 4 |
| General Instructor's Meeting | 3/22/02 | Capt. Humphrey | 1 |
| Firearms Instructor's Meeting | 3/27/02 | Lt. McGee | 1.5 |
| YCOPE (Youth Leadership Training) | 3/23/02 | M. Perkins | 4 |
| Court Services Quarterly Meeting | 4/11/02 | Sheriff Roberts | 1 |
| 1st Quarter Policy Review | Jan-Mar 02 | Civil Process Staff | 6.5 |
| General Instructor's Meeting | 4/17/02 | Capt. Humphrey | 1 |
| Firearms Enhancement | 4/16/02 | Capt. Eaves | 1 |
| Firearms Enhancement | 4/18/02 | Capt. Eaves | 1 |
| VLEPSC Training (Diplomatic Immunity) | 4/22/02 | Capt. Humphrey | 1 |
| VLEPSC (Search & Seize, Stop & Frisk, Phy. Arrest, Citation & Warning) | 4/22/02 | Officer Coleman | 3 |
| VLEPSC (Crim. Warrants, Phy. Arrest of Juveniles, non-residents) | 4/23/02 | Officer Coleman | 3 |
| VLEPSC (Traffic Law, Direction & Control) | 4/29/02 | Officer Coleman | 3 |
| Flying Armed | 4/30/02 | Lt. McGee | 2 |
| (Block Tng) Defensive Driving | 6/10/02 | Dep. McCoy | 8 |
| (Block Tng) Cults & Gangs | 6/11/02 | Joe Wright | 4 |
| (Block Tng) Legal Update | 6/11/02 | Sgt. Ward | 4 |
| (Block Tng) Tactical Communication | 6/12/02 | Lt. Thomas | 4 |
| (Block Tng) OSHA | 6/12/02 | Dep. R. Williams | 1.5 |
| (Block Tng) Suicide Awareness | 6/12/02 | A. Kaasmann | 1.5 |
| (Block Tng) Sanitation | 6/12/02 | Sgt. Battle | 1 |
| (Block Tng) Report Writing | 6/13/02 | Capt. Humphrey | 2 |
| (Block Tng) Sexual Harassment | 6/13/02 | Lt. Harper | 4 |
| (Block Tng) Stress Management | 6/13/02 | Sgt. Johnson | 1.5 |
| (Block Tng) Flying Armed | 6/13/02 | Sgt. Hartman | 1.5 |
| 2nd Quarter Policy Review | Apr-Jun 2002 | Civil Process Staff | 6.5 |
| YCOPE (Youth Leadership Training) | 3/23/02 | M. Perkins | 4 |
| YCOPE (Youth Leadership Training) | 4/25/02 | M. Perkins | 2 |
| YCOPE (Youth Leadership Training) | 5/2/02 | M. Perkins | 2 |

**H.S.O. TRAINING RECORDS**

McCoy, Robert W.
DOH:        /88

SS#        -5199

Master Deputy

| | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| YCOPE (Youth Leadership Training) | 5/7/02 | M. Perkins | 2 |
| YCOPE (Youth Leadership Training) | 5/21/02 | M. Perkins | 2 |
| YCOPE (Youth Leadership Training) | 6/6/02 | M. Perkins | 2 |
| ASP Training | 8/3/02 | Lt. McGee | 8 |
| 3rd Quarter Policy Review | Jul-Sep 02 | Civil Process Staff | 6 |
| Driver Instructor Recertification | 10/30/02 | HRC/JTA Staff | 8 |
| Firearm's Instructor Recertification | 10/23/02 | HRC/JTA Staff | 8 |

**H.S.O. TRAINING RECORDS**

McCoy, Robert W.
DOH: 08/15/88

SS#        -5199

Master Deputy

| 2003 Training Record | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| Project Lifesaver Training | 2/10/03-2/11/03 | Chief Saunders | 17 |
| Project Lifesaver Training | 2/19/03 | Capt. Johnson | 1 |
| CPR | 3/26/03 | Sgt. Johnson | 4 |
| 1st Quarter Policy Review | Jan-Mar 03 | Sgt. Harding | 6.5 |
| Weapons of Mass Destruction Conference | 4/8/03-4/9/03 | NSA Instructors | 12 |
| Advanced Civil Process School | 4/23/03-4/25/03 | HRC/JTA Staff | 24 |
| Academy In-Service | 4/28/03-5/2/03 | HRC/JTA Staff | 40 |
| Project Lifesaver Training | 4/16/03 | Capt. Eaves | 1.5 |
| Firearm's Qualification | 5/5/03 | Lt. McGee | 2 |
| VCIN Certification | 5/1/03 | Lt. McGee | 8 |
| Project Lifesaver Training | 9/4/03 | Capt. Eaves/Capt. Johnson | 1.75 |
| Firearms Instructor Recertification | 10/22/03 | HRC/JTA Staff | 8 |
| FTO Mtg. | 10/23/03 | Major Adams | 2 |
| Project Lifesaver - Autism | 10/29/03 | Ms. Mudd | 1.5 |
| Sergeant's Retreat | 11/20/03 | Ms. Davis/A Logan | 5.75 |
| Glock Transition | 12/18/03 | Firearm Instructors | 3 |
| | | | 138 |

| 2004 Training Record | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| Glock Armorer's Course | 1/20/04 | Glock Instr. McCracken | 8 |
| Viacom – Video Conferencing System | 2/3/04 | Sharon Mason/Viacom | 2 |
| CPR/AED/BBP | 3/11/04 | Nurse Battle | 4 |
| Training Advisory Committee Mtg. | 3/17/04 | Lt. Wells-Major | 1 |
| Project Lifesaver Mtg. | 3/24/04 | Capt. Eaves | 0.75 |
| Managing Property & Evidence in Law Enforcement Agencies | 4/14-15/04 | IAPE | 16 |
| 2004 National Triad Conference | 5/9–12/04 | Triad Workshops/Speakers | 24 |
| P & P Review - #130 Sexual Harassment & #304 Use of Force | 5/31/04 | Personal Review/Signature | 0 |
| Annual Night Fire and Decision Course | 6/1/04 | Capt. Eaves, Lt McGee, Sgt. Mitchell, Dep Dixon, McCoy, RS Williams, Archbald | 4 |
| Day Fire/50rd TQC | 6/1/04 | Capt. Eaves, Lt McGee, Sgt. Mitchell, Dep Dixon, McCoy, RS Williams | 4 |
| P & P Review - Code of Conduct (located on s-drive) | 6/30/04 | Personal Review/Signature | 0 |
| Training Advisory Committee Mtg. (TAC) | 6/16/04 | Lt. Wells-Major | 1 |
| Acknowledgement of access to HSO P&P at specific Posts, s-drive & checking out of P&P CD from Training Assistant | 7/1/04 | Personal Review/Signature | 0 |
| Policy #305 Use of Chemical Weapons - Policy #314 Hazardous Communication | 9/1/04 | Personal Review/Signature | 0 |
| TAC Mtg. | 9/16/04 | Lt. Wells-Major | 2 |
| Glock Training | | | |
| Radio Communication | 10/4/04 | MD R. McCoy | 1.25 |
| Suicide Awareness & Medical Update | 10/4/04 | Nurse Battle (CMS) | 1.75 |
| Juvenile Offenders | 10/4/04 | Dr. L. Deans | 3 |
| Tactical Communications | 10/4/04 | Lt. C. Thomas | 2 |
| ASP Baton | 10/5/04 | Lt. Thomas/MD Glover | 8 |
| Policy 128, 313, 314, 319 Review | 10/7/04 | Ms. Morgan (HR)/Capt. Eaves | 3.5 |
| Policy 304, 305, 318 & Segregated Inmates | 10/7/04 | Capt. Richardson | 3.5 |
| Inmate Grievance Process & Inmate Disciplinary Hearing Process | 10/7/04 | Sgt. Ward | 2.5 |
| Defensive Tactics | 10/8/04 | MD D. Dixon | 3.5 |
| Sexual Harassment | 10/8/04 | Segt. Harding/MD Harris | |
| | | | 98.75 |

## H.S.O. TRAINING RECORDS

**McCoy, Robert W.**
DOH:        /88

SS#        -5199

Master Deputy

| 2005 Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| 1st Aid Cert. | 1/27/05 | Nurse Battle (CMS) | 4 |
| Project Lifesaver | 2/23/05 | Capt. Eaves | 2 |
| Court Services FTO Modules (Veteran) | 2/24/05 - 3/3/05 | Capt. E. Hardy | 40 |
| CPR/AED/BBP Cert. | 3/22/05 | Nurse Battle (CMS) | 4 |
| Policy & Procedure Review #130 - Sexual Harassment; #304 - Use of Force; #305 - Use of Chemical Weapons; #630 - Bias Based Policing | 3/31/05 | Personal Review/Signature | 0 |
| NCIC/VCIN Recertification | 5/12/05 | Sgt. R. Rose | 4 |
| Firearms Enhancement Training | 5/17/05 | Dixon/McCoy/R.S. Williams | 1 |
| Firearms Instructor In-Service | 5/24-27/05 | HPD Range | 32 |
| Policies & Procedures revision June 22 & 29, 2005 ~ I will read and implement revisions | 6/30/05 | Personal Review | 0 |
| Policy & Procedure Review - #313 Fire Safety & Sanitation; #318 Emergency Situations | 6/30/2005 | Personal Review/Signature | 0 |
| Annual Dayfire Firearms Qualification (96) | 7/27/05 | HSO Firearms Instructors | 3 |
| Policy & Procedure Review - #314 Hazardous Comm.; #319 Evacuation Plan; #420 Suicide Intervention | 9/30/05 | Personal review/Signature | 0 |
| Driver Instructor Recertification | 10/31/05 | HRC/JTA Instructor(s) | 8 |
| Annual Nightfire Qualification (96) | 11/3/05 | HSO Firearms Instructors | 3 |
| Review of revised P.& P. #132 -Extra Duty/Secondary Employment 11/19/05 - updated on s-drive. Will read and implement revision. | 11/30/05 | Personal Review/Signature | 0 |
| Supervisor In-Service | 12/8/05 | HRC/JTA Instructor(s) | 40 |
| Policy & Procedure Review - #313 Fire Safety & Sanitation; #318 Emergency Situations | 12/30/2005 | Personal Review/Signature | 0 |
| | | | |
| | | | |
| | | | 141 |

# H.S.O. TRAINING RECORDS

**McCoy, Robert W.**
DOH: /88

SS# 5199

Master Deputy

| 2006 Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| VLEPSC Refresher Training | 2/15/2006 | L. Flibotte | 4 |
| Project Lifesaver Training | 3/1/2006 | MD L. Perkins/Mr. Cherry | 1.5 |
| CPR/AED | 3/23/06 | Nurse D. Battle | 4 |
| Bloodborne Pathogens/Infection Control | 3/23/06 | Nurse D. Battle | 1 |
| Prison Rape Elimination Act (PREA) | 3/23/06 | Nurse D. Battle | 1 |
| Annual Nightfire Firearms Qual. (88) | 3/20/06 | HSO Firearms Instructors | 3 |
| Policy & Procedures Reviewed #130 - Sexual Harassment, #304 Use of Force #305 - Use of Chemical Weapons & 630 - Bias Based Policing | 3/31/06 | Personal Review & Signature | 0 |
| Aware of 120 Policies & Procedures changed and updated on the s-drive - I will read & implement the revisions | 4/15/06 | Policy Signature Sheet | 0 |
| Annual Dayfire Firearms Qual. (99) | 5/15/06 | HSO Firearms Instructors | 3 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 6/30/06 | Personal Review & Signature | 0 |
| Policy & Procedures reviewed # 314 - Hazardous Communication, #319 - Evacuation Plan | 9/30/06 | Personal Review & Signature | 0 |
| Firearms Instructor Report | 10/2/06 | HRC/TA Instructors | 7 |
| **HSO TRAINING PROGRAM** | | | |
| Radio Communication & Serving Warrants | 12/4/06 | MD R. McCoy | 2.5 |
| Segregated Inmates | 12/4/06 | Capt. Richardson | 1 |
| Juvenile Offenders | 12/4/06 | Dr. L. Deans | 3 |
| Suicide Awareness & Medical Update | 12/4/06 | Nurse D. Battle | 1.5 |
| Inmate Grievance Process & Disciplinary Hearing | 12/6/06 | Sgt. E. Ward | 3 |
| Cultural Diversity | 12/6/06 | Lt. S. Rich | 2 |
| OSHA & Hazardous Communication | 12/6/06 | MD R. E. Williams | 1 |
| Flying Armed | 12/6/06 | Sgt. T. Hartman | 2 |
| Interpersonal Communication Skills/Conflict Resolution | 12/8/06 | Lt. C. Thomas | 3.5 |
| Sexual Harassment | 12/8/06 | Sgt. Harding | 3 |
| **TRAINING HOURS** | 12/8/06 | Sgt. S. Mays | 15.5 |

## H.S.O. TRAINING RECORDS

McCoy, Robert W.

DOH: /88

SS# ....-5199

Master Deputy

| 2007 Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| 1-Day Armorer's Course | 2/8/07 | Glock, Inc | 8 |
| CPR/AED | 3/20/07 | MD D. Dixon | 4 |
| Bloodborne Pathogens/Infection Control | 3/20/07 | MD D. Dixon | 1 |
| Prison Rape Elimination Act (PREA) | 3/20/07 | MD D. Dixon | 1 |
| Supervisor's Meeting | 3/29/07 | Capt. Richardson | 2 |
| Policy & Procedures Reviewed #130 - Sexual Harassment #304 - Use of Force #305 - Use of Chemical Weapons & 630 - Bias Based Policing | 3/31/07 | Personal Review & Signature | 0 |
| NCIC/VCIN Recertification | 4/20/07 | Sgt. R. Rose | 4 |
| Supervisor's Meeting | 5/23/07 | Capt. Richardson | 1 |
| Immediate Action Drills & Reloading Drills | 6/11/07 | HSO Firearms Instructors | 0.75 |
| Use of Force | 6/11/07 | MD D. Dixon | 0.5 |
| Standards of Conduct/Ethics | 6/11/07 | MD D. Dixon | 0.5 |
| Annual Day Fire Qualification (99) | 6/11/07 | HSO Firearms Instructors | 2.25 |
| Scheduled for 40 Hour In-Service at Academy | Aug. 13-17 | | |

| | | | |
|---|---|---|---|
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 12/31/06 | Personal Review & Signature | 0 |
| Total Training | | | 48.5 |

| | | Personal Review & Signature | 0 |
|---|---|---|---|
| I have read the new instructions and fully understand the same as it applies to completing the Authorization for Release an Inmate Form. The new instructions apply to DNA Entry and Processing Information from the DNA Data Bank Web Site. | 11/15/07 | | |
| Total Training | | | 25 |

# Hampton Sheriff's Office Personnel Training Record



**Dixon, David W. - Master Deputy**
DOH: /96
SS# _____ 2684
Master Deputy

## 2009 Training Record

| Dixon, David W. - Master Deputy | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| Emergency Management Institute – FEMA - Independent study course. IS-00100.LEa Introduction to the Incident Command System, I-100 for Law Enforcement | 3/2/09 | FEMA Independent computer study course | 2 |
| Emergency Management Institute – FEMA - Independent study course. IS-00200.a - ICS for Single Resources and Initial Action Incidents | 3/13/09 | FEMA Independent computer study course | 2 |
| Annual Day Fire Qualification - Score 100 Glock 21, and 99 glock 30. Classroom topics: Use of Force/Reloading Drills/Code of Conduct/Ethics/Immediate Action Drills/Shotgun Qualifications/M.Dep. and Sgt. | 4/20/09 | Personal Review & Signature | 0 |
| Firearms Instructor Recertification | 4/14/09 | HSO Certified Firearms Instructors | 3.5 |
| Policy Quarterly Review – 128b-code of Ethics/Concept / 130-Discrimination and Sexual Harassment / 394-Use of Force / 395-Use of Firearms and Chemical Weapons / 690 - Bias-Based Profiling | 4/14/09 | HRCJTA Firearms Instructors | 4 |
| Revised Policy and Procedures I will read and implement each policy - 100-Mission Statement Goals and Objectives, 105a-Written Directives, 111-Internal Affairs, 115-Budget, Purchase and Inventory Control, 128 Personnel Management, 128- Uniform and Attire, 132-Extra Duty/Secondary Employment, 134- Training and Staff Development, 143- Information Management, 304-Use of Force, 336-Sworn/Contained, 317- Radio and Telephone Communications, 405- Classification, 501- Inmate Work Programs, 601-Courtroom/Courthouse Security Operations, 605- Domestic Violence, 630-Bias-Based Profiling, 633-Jurisdiction and Mutual Aid. | 4/30/09 | Personal Review & Signature | 0 |
| Firearms Enhancement Training | 6/7/09 | Sgt. Meyers / M.Dep Dixon | 2 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 6/30/09 | Personal Review & Signature | 0 |
| Transferred to Corrections | 8/17/09 | | |

## 2009 Training Record

| Dixon, David W. - Master Deputy | Date(s) | Instructor(s) | of Hours |
|---|---|---|---|
| Policy & Procedures reviewed #314 - Hazardous Communication, #319 - Evacuation Plan | 9/30/09 | Personal Review & Signature | 0 |
| Jail Officer/Court Security/Civil Process In-Service | 10/5-9/09 | HRCJTA Instructors | 40 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 12/31/09 | Personal Review & Signature | 0 |
| **Employment Ended  01/01/2010** **(Reason- Not re-appointed)** | | | |
| | | | |
| | | | |
| | | | |
| | | **Training Hours** | **53.5** |



**Hampton Sheriff's Office Personnel Training Record**

| Dixon, David W. - Master Deputy | SS# | 2684 |
| DOH:        /96 | | Master Deputy - Civil Process |

| 2008 Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| Segeants/Master Deputies Retreat | 1/23/08 | E. Bland, Lt. Cherry, D. Battle, B. Bland, D. Caldwell, T. Unnoppet, Sheriff Roberts, Colonel Bowden, Lt. Col. Adams, Capt. Wells-Major, Captain Richardson, Captain McGee,D. Davis | 7 |
| Day Fire Enhancement Training/Qualification (98) | 1/29/08 | Sgt. Meyers | 2 |
| Policy & Procedures Reviewed #130 - Sexual Harassment #304 - Use of Force #305 - Use of Chemical Weapons & 630 - Bias Based Policing | 3/31/08 | Personal Review & Signature | 0 |
| CALEA in Pursuit of Excellence | 4/17/08 | Video | 0.5 |
| Block | | | |
| Interpersonal Communication Skills & Conflict Resolution (100) | 4/28/2008 | Sgt. J. Meyers | 1.5 |
| Legal Update | 4/28/2008 | Sgt. J. Meyers | 0.75 |
| Supervision of Offenders & Segregated Inmates (100) | 4/28/2008 | Capt. K. Richardson | 1.25 |
| Inmate Grievance & Disciplinary Hearing Process | 4/28/2008 | Dep. V. Harper | 2.5 |
| Accreditation/Documentation | 4/28/2008 | Dep. V. Harper | 2 |
| Use of Force | 4/29/2008 | MDep. D. Dixon | 1 |

| Dixon, David W. - Master Deputy | SS# | 2684 | |
| 2008 Training | Date(s) | Instructor(s) | of Hours |
|---|---|---|---|
| ASP Baton Refresher | 4/29/2008 | MDep. D. Dixon | 2 |
| MACE/Pepper Spray Refresher | 4/29/2008 | MDep. D. Dixon | 1 |
| Defensive Tactic Refresher | 4/29/2008 | MDep. D. Dixon | 3 |
| Restraint Chair Techniques | 4/29/2008 | MDep. D. Dixon | 1 |
| Escape Prevention (100) | 4/30/2008 | Capt. K. Richardson | 1 |
| Suicide Prevention/Intervention | 4/30/2008 | Nurse D. Battle | 1 |
| Medical Emergency Procedures/Medical Update/Intake Medical Screening | 4/30/2008 | Nurse D. Battle | 1.5 |
| Cultural Diversity/Awareness (100%) | 4/30/2008 | Lt. S. Rich/MDep. L. Gittens | 2.5 |
| Security/Safety&Fire Emergency Procedures (100) | 4/30/2008 | Capt. K. Richardson | 2 |
| Stress and Anger Management | 5/1/2008 | Mrs. B. Gilman, MS, CDVC, L.P.C. | 2 |
| Code of Conduct/Ethics (100%) | 5/2/2008 | Mrs. E. Bland (HR) | 1 |
| Report Writing/Practicals | 5/2/2008 | Sgt. J. Meyers | 2 |
| Testifying in Court (100%) | 5/2/2008 | Sgt. S. Mays | 1 |
| OSHA/Hazardous Communication (100) & Workplace Violence (100%) | 5/2/2008 | MDep. R. Williams | 1.5 |
| Sexual Harassment (100)/Unlawful Workplace Harassment & Hostile Environment | 5/2/2008 | Sgt. Harding/Dep. Harper | 2.5 |
| Policy Updates for CALEA | 6/7/08 | Capt. McGee | 8 |
| Night Fire Enhancement Training | 6/17/08 | MD McCoy/Dep. Winder | 2 |
| HSO Extra Duty Refresher Training (100) | 6/26/08 | Sgt. Meyers/MD Dixon/ Sgt. Ford/Dep. Flibotte | 5 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 6/30/08 | Personal Review & Signature | Page 8 of 17 |
| Standards of Conduct/Ethics (100) | 9/4/08 | Sgt. J. Meyers | 0.5 |

| Use of Force (100) Annual Re-Training | 9/4/08 | Sgt. J. Meyers | 0.5 |
|---|---|---|---|
| Immediate Action Drils & Reloading Drills | 9/4/08 | Sgt. J. Meyers | 0.75 |

| **Dixon, David W. - Master Deputy** | **SS#** | **2684** | |
|---|---|---|---|
| **2008 Training** | **Date(s)** | **Instructor(s)** | **of Hours** |
| Range Safety Briefing, Home, On/Off Duty | 9/4/08 | Sgt. J. Meyers | 0.75 |
| Annual Day Fire Qualification - Score 99 shotgun-pass | 9/4/08 | HSO Certified Firearms Instructors | 1 |
| Honor Guard Training/Practice | 9/9/08 | Capt. R. McGee | 1.5 |
| Honor Guard Training/Practice | 9/10/08 | Capt. R. McGee | 1.5 |
| Policy & Procedures reviewed # 314 - Hazardous Communication, #319 - Evacuation Plan | 9/30/08 | Personal Review & Signature | 0 |
| Understanding Bias Based Profiling (100) | 10/31/08 | Capt. McGee | 4 |
| Night Fire Enhancement ~ Range Safety/Immediate Action Drills/Decision Course | 11/12/08 | HSO Certified Firearms Instructors | 2.5 |
| Policies and Procedures Reviewed: #313 - Fire Safety and Sanitation, #318 - Emergency Situations, #420 - Suicide Intervention | 12/31/08 | Personal Review & Signature | 0 |
| | | | **71.5** |
| | | | |
| | | | |

## H.S.O. TRAINING RECORDS

**Dixon, David W.**  SS# _____ - 2684
DOH: /96

| Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| **1999 Training Records** | | | |
| | | | |
| Sexual Harassment Training | 1/28/99 | Att. C. Hudson | 1.5 |
| S.E.R.T. Training | 1/28/99 | Eaves/Hargreaves | 2 |
| S.E.R.T. Training | 2/18/99 | Capt. Eaves | 2 |
| Aerosol Control Option Plan (Mace) | 4/19/99 | Sgt. Littlejohn | 3 |
| Firearms Instructor Pre-Shoot | 4/28/99 | Sgt. Damron | 4 |
| Patrol Officer/Detective In Service | 5/24-5/28/99 | HRRACJ | 40 |
| Firearms Instructor Certification Course | 6/7-6/15/99 | HRRACJ Staff | 56 |
| Fire Extinguisher Training | 6/16/99 | HFD | 0.75 |
| Suicide Prevention Training | 6/29/99 | CSB | 2 |
| OSHA Bloodborne Pathogens Training | 7/15/99 | Nurse Hazzard | 2 |
| Firearms Enhancement Training | 7/16/99 | Adams/Eaves | 2 |
| Annual Firearms Qualification | 7/27/99 | Adams/McGee | 2 |
| 2nd Quarter Policy Review | 7/31/99 | Lt. Richardson | 10.25 |
| CPR Recertification | 8/5/99 | Mason/Johnson | 2 |
| General Instructor School | 8/9-8/17/99 | HRRACJ Staff | 56 |
| 3rd Quarter Policy Review | 10/31/99 | Lt. Richardson | 8.25 |
| | | | **193.75** |

**Dixon, David W.**  SS# _____ 2684

| | | | |
|---|---|---|---|
| **2000 Training Records** | | | |
| | | | |
| 4th Quarter Policy Review | 1/31/00 | Lt. Richardson | 9.5 |
| First Aid Recertification Training | 2/2/00 | Nurse Instructors | 2 |
| VCIN Recertification Training | 3/3/00 | Sgt. Rose | 4 |
| Firearms Inst. In Service School | 4/11-4/14/00 | H.R.F.I.A.C. | 32 |
| Officer Survival Training | 4/27/00 | US C-SOG | 4 |
| 1st Quarter Policy Review | 4/30/00 | Lt. Richardson | 5.25 |
| Bloodborne Pathogens Training | 5/23/00 | Nurse Tarnowski | 2 |
| CPR Re-Certification Training | 7/26/00 | Nurse Inst. | 2 |
| 2nd Quarter Policy Review | 7/31/00 | Sgt. Johnson | 2 |
| Hazard Comm. Program Training | 9/20/00 | R. Williams | 1.5 |
| Basic Defensive Tactics Instructor Course | 10/23-31/00 | HRRACJ Staff | 56 |
| 3rd Quarter Policy Review | 10/31/00 | Sgt. Johnson | 7.25 |
| | | | **127.5** |
| | | | |
| **2001 Training Records** | | | |
| | | | |
| Alcosensor Operation Training | 1/24/01 | Cpl. Dixon, HPD | 0.5 |
| Cultural Diversity Training | 6/11/01 | Lt. G. Cornelius | 4 |
| Annual Firearms Qualification | 5/21/01 | Inst. Staff | 1.5 |
| Cults & Gangs / Legal Update | 6/25/01 | Wright / Sgt. Rose | 8 |
| Defensive Driving | 6/26/01 | Dep. McCoy | 8 |
| Report Writing / Sexual Harassment | 6/27/01 | Humphrey / Harper | 4 |
| Stress Management / Flying Armed | 6/27/01 | Vines / Hartman | 4 |

| Tactical Comm. / Suicide Awareness | 6/28/01 | Thomas / Kaasmann | 4 |
|---|---|---|---|
| | | | |

| **Dixon, David W.** | **SS#** | **-2684** | |
|---|---|---|---|
| **2001 Training Records** | | | |
| OSHA Haz. Comm. / Sanitation & Inspections | 6/28/01 | Williams /  Battle | 4 |
| CPR Re-Certification | 8/6/01 | Staff Inst. | 2 |
| Bloodborne Pathogens Training | 11/15/01 | Nurse Battle | 2 |
| 2001 Policy & Procedure Review | 6/23/05 | G. Perkins / W. Johnson | 22.25 |
| | | | **64.25** |
| **2002 Training Record** | | | |
| General Instructor's Meeting | 3/22/02 | Capt. Humphrey | 1 |
| Firearms Instructor's Meeting | 3/27/02 | Lt. McGee | 1.5 |
| Honor Guard Training | 3/8/02 | Lt. Harper | 1 |
| Honor Guard Training | 3/11/02 | Lt. Harper | 1 |
| 1st Quarter Policy Review | Jan-Mar 02 | Civil Process Staff | 6.5 |
| General Instructor's Meeting | 4/17/02 | Capt. Humphrey | 1 |
| VLEPSC Training (Diplomatic Immunity) | 4/22/02 | Capt. Humphrey | 1 |
| VLEPSC (Search & Seize, Stop & Frisk, Phy. Arrest, Citation & Warning) | 4/22/02 | Officer Coleman | 3 |
| VLEPSC (Crim. Warrants, Phy. Arrest of Juveniles, non-residents) | 4/23/02 | Officer Coleman | 3 |
| VLEPSC (Traffic Law, Direction & Control) | 4/29/02 | Officer Coleman | 3 |
| Flying Armed | 4/30/02 | Lt. McGee | 2 |
| Firearms Instructor's Meeting | 6/6/02 | Capt. Eaves | 1.5 |
| Academy In-Service | 6/17/02-6/21/02 | HRCJTA Staff | 40 |
| 2nd Quarter Policy Review | Apr-Jun 2002 | Civil Process Staff | 6.5 |
| ASP Training | 8/10/02 | Lt. McGee | 8 |
| CPR Training | 8/27/02 | Sgt. Johnson | 4 |
| 3rd Quarter Policy Review | Jul-Sep 02 | Civil Process Staff | 6 |
| Firearm's Instructor Recertification | 10/23/02 | HRCJTA Staff | 8 |

**H.S.O. TRAINING RECORDS**

**Dixon, David W.**                    SS#                    ?684
    DOH:      /96

| Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| **2003 Training Record** | | | |
| First Aid | 1/28/03 | Nurse Brulet | 4 |
| Radio Communications | 2/14/03 | Dep. McCoy | 1.5 |
| Policy Training | 3/10/03 | Capt. Humphrey | 8 |
| Cults & Gangs | 3/11/03 | Joe Wright | 4 |
| Legal Update | 3/11/03 | Sgt. Rose | 4 |
| Radio Communications | 3/12/03 | Dep. McCoy | 2.5 |
| Suicide Awareness | 3/12/03 | Capt. Humphrey | 2.5 |
| Accreditation | 3/12/03 | Col. Bowden | 3 |
| Emergency Evacuation | 3/12/03 | Capt. Humphrey | 1 |
| Sexual Harassment | 3/13/03 | Lt. Harper/Sgt. Harding | 5.5 |
| Medical Update | 3/13/03 | Nurse Battle | 1.5 |
| 1st Quarter Policy Review | Jan-Mar 03 | Sgt. Harding | 6.5 |
| Firearms Instructor Recert/In-Service | 5/12/03-5/16/03 | Lt. Dameron | 40 |
| Firearm's Qualification | 5/6/03 | Lt. McGee | 2 |
| ASP Instructor Certification | 6/23/03-6/24/03 | ASP | 16 |
| CPR/BBP Re-Certification | 8/26/03 | Nurse Battle | 4 |
| Sergeant's Retreat | 11/20/03 | Ms. Davis/A.Logan | 5.75 |
| Taser Instructor Course | 12/16/03-12/17-03 | Taser International, Inc. | 12 |
| Glock Transition | 12/18/03 | Firearms Instructors | 3 |
| | | | 126.75 |

**H.S.O. TRAINING RECORDS**

**Dixon, David W.**                    SS#                    2684
    DOH:      )6

| Training Record | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| **2004 Training** | | | |
| Glock Armorer's Course | 1/20/04 | Glock Instr. McCracken | 8 |
| Annual F/A Qualification | 5/13/04 | Lt McGee, Dep Archibald/RS Williams | 4 |
| P & P Review - #130 Sexual Harassment & #304 Use of Force | 5/31/04 | Personal Review/Signature | 0 |
| P & P Review - Code of Conduct | 6/30/04 | Personal Review/Signature | 0 |
| Annual Night Fire and Decision Course | 6/1/04 | Capt. Eaves, Lt McGee, Sgt. Mitchell, Dep Dixon, McCoy, RS Williams, Archibald | 4 |
| Academy In-Service | 6/14-18/04 | HRCJTA Staff | 40 |
| P & P Review - Code of Conduct (located on s-drive) | 6/30/04 | Personal Review/Signature | 0 |
| Acknowledgement of access to HSO P&P at specific Posts, s-drive & checking out of P&P CD from Training Assistant | 7/1/04 | Personal Review/Signature | 0 |
| CPR/AED/BBP | 8/12/04 | Nurse Battle (CMS) | 4 |
| Policy #305 Use of Chemical Weapons - Policy #314 Hazardous Communication | 9/1/04 | Personal Review/Signature | 0 |
| Defensive Tactics/General Instructor Recert. | 11/10/04 | HRCJTA | 8 |
| | | | 68 |
| | | | |
| | | | |
| | | | |
| | | | Page 3 of 17 |

## H.S.O. TRAINING RECORDS

| Dixon, David W. | | SS# | '-2684 | |
|---|---|---|---|---|
| **DOH:** ( 96 | | | **Master Deputy** | |
| **Training Record** | **Training Date(s)** | | **Instructor(s)** | **Number of Hours** |
| **2005 Training** | | | | |
| In House Block Training | | | | |
| Radio Communication & Serving Warrants | 2/7/05 | | MD W. McCoy | 2.5 |
| Segregated Inmates | 2/7/05 | | Capt. Richardson | 1 |
| Juvenile Offenders | 2/7/05 | | Dr. Linda Deans | 3 |
| Suicide Awareness & Medical Update | 2/7/05 | | Nurse Battle (CMS) | 1.5 |
| DT/ASP Baton/Weapon Refreshers | 2/8/05 | | Lt. Thomas/Dep R. S. Williams | 8 |
| Cultural Diversity | 2/9/05 | | Sgt. S. Rich | 2 |
| Inmate Grievance & Disciplinary Hearing Process | 2/9/05 | | Sgt. E. Ward | 2 |
| OSHA & Hazardous Communication | 2/9/05 | | MD R. E. Williams | 1 |
| Flying Armed | 2/9/05 | | Lt. R. McGee | 3 |
| EVOC | 2/10/05 | | MC W. McCoy | 8 |
| Tactical Communication | 2/11/05 | | Lt. C. Thomas | 3.5 |
| Sexaul Harassment | 2/11/05 | | Sgt. M. Harding/Dep. V. Harper | 3.5 |
| Testifying in Court | 2/11/05 | | Sgt. S. Mays | |
| Court Services FTO Modules - Civil Process/Court Security/Transportation (Veteran) | 1/30/05 - 3/1/05 | | M. Dep. R. McCoy | 176 |
| Honor Guard Practice | 3/23/05 | | Lt. C. Thomas | 2 |
| Policy & Procedure Review #130 - Sexual Harassment; #304 - Use of Force; #305 - Use of Chemical Weapons; #630 - Bias Based Policing | 3/31/05 | | Personal Review/Signature | 0 |
| Firearms Enhancement Training | 5/17/05 | | MD Dixon/MD McCoy/R.S. Williams | 1 |
| **Dixon, David W.** | | **SS#** | **-2684** | |
| **2005 Training** | | | | |
| Policies & Procedures revision June 22 & 29, 2005 ~ I will read and implement revisions | 6/30/05 | | Personal Review/Signature | 0 |
| Policy & Procedure Review - #313 Fire Safety & Sanitation; #318 Emergency Situations | 6/30/05 | | Personal Review/Signature | 0 |
| Annual Dayfire Firearms Qualification (99) | 7/25/05 | | HSO Firearms Instructors | 3 |
| CPR/AED | 8/4/05 | | Nurse A. Thomas | 3.5 |
| Bloodborne Pathogens/Infection Control | 8/4/05 | | Nurse A. Thomas | 2 |
| Prison Rape Elimination Act | 8/4/05 | | Nurse D. Battle | 1 |
| Advanced Civil Process School | 9/20-22/05 | | Chesapeake Sheriff's Office Training Academy | 24 |
| Policy & Procedure Review - #314 Hazardous Comm.; #319 Evacuation Plan; #420 Suicide Intervention | 9/30/05 | | Personal review/Signature | 0 |
| Annual Nightfire Qualification (96) | 11/2/05 | | HSO Firearms Instructors | 3 |
| Review of revised P & P #132 -Extra Duty/Secondary Employment 11/9/05 - updated on s-drive. Will read and implement revision. | 11/30/05 | | Personal Review/Signature | 0 |
| Policy & Procedure Review - #313 Fire Safety & Sanitation; #318 Emergency Situations | 12/31/05 | | Personal review/Signature | 0 |
| | | | | **255.5** |
| | | | | |
| | | | | |
| | | | | |

## H.S.O. TRAINING RECORDS

| Dixon, David W. - Master Deputy | | SS# | -2684 | |
|---|---|---|---|---|
| DOH:    96 | | | Supervisor of Training | |
| 2006 Training | Training Date(s) | | Instructor(s) | Number of Hours |
| 1st Aid | 1/10/06 | | Nurse Olson | 2 |
| BLE Driving School | 2/3 & 6-10/06 | | HRCJTA Instructor(s) | 40 |
| VLEPSC Refresher Training | 2/15/06 | | L. Flibotte | 4 |
| Field Training Officer School | 3/7-9/06 | | HRCJTA Instructor(s) | 24 |
| Training Advisory Meeting (TAC) | 3/15/06 | | Capt. Wells-Major | 1.5 |
| Annual Nightfire Firearms Qual. (96) | 3/20/06 | | HSO Firearms Instructors | 3 |
| Policy & Procedures Reviewed #130 - Sexual Harassment #304 - Use of Force #305 - Use of Chemical Weapons & 630 - Bias Based Policing | 3/31/06 | | Personal Review & Signature | 0 |
| Aware of 120 Policies & Procedures changed and updated on the s-drive - I will read & implement the revisions | 4/15/06 | | Policy Signature Sheet | 0 |
| Driver Training Instructor School | 4/17-21/06 | | HRCJTA Instructors | 40 |
| Annual Dayfire Firearms Qual. (100) | 5/23/06 | | HSO Firearms Instructors | 3 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 6/30/06 | | Personal Review & Signature | 0 |
| Joint Advisory Committee Mtg. | 7/24/06 | | HRCJTA - V. Ferrara | 2.5 |
| Tow Trailer Training for Honor Guard Team | 7/25/06 | | MD R. McCoy | 4 |
| CPR/AED | 8/29/06 | | Nurse D. Battle | 4 |
| Bloodborne Pathogens/Infection Control | 8/29/06 | | Nurse D. Battle | 1 |
| Prison Rape Elimination Act (PREA) | 8/29/06 | | Nurse D. Battle | 1 |
| Dixon, David W. - Master Deputy | | SS# | 2684 | |
| 2006 Training | Date(s) | | Instructor(s) | of Hours |
| VA Assoc. of Law Enforcement Firearms Instructors Meeting - Hampton Roads/Tidewater Chapter | 9/14/06 | | Agent Robert Simmons | 4 |
| In-House Block Training | | | | |
| Inmate Grievance Process & Disciplinary Hearing Process | 9/13/06 | | Sgt. E. Ward | 2.5 |
| Cultural Diversity | 9/13/06 | | Lt. S. Rich | 2 |
| OSHA & Hazardous Communication | 9/13/06 | | MD R. E. Williams | 1.5 |
| Flying Armed | 9/20/06 | | Capt. R. McGee | 2 |
| Firearms Instructor Recertification | 9/22/06 | | HRCJTA Instructors | 6 |
| Policy & Procedures reviewed # 314 - Hazardous Communication, #319 - Evacuation Plan | 9/30/06 | | Personal Review & Signature | 0 |
| Training Advisory Meeting (TAC) | 10/6/06 | | MD D. Dixon | 1.5 |
| Administrative Staff Retreat | 10/12-13/06 | | HSO Staff | 12 |
| VA Gang Investigators Assoc. - 2006 Gangs Conference | 10/24-27/06 | | VA Gang Investigators Assoc. | 28 |
| American Red Cross 1st Aid/CPR/AED Instructor Course | 11/2, 9, 10/06 | | Am. Red Cross | 24 |
| Driver Instructor Apprenticeship Completed | 12/2/06 | | Gloucester County Sheriff's Office - J. Ledbetter Newport News Airport | 10 |
| Honor Guard Meeting | 12/18/06 | | Capt. R. McGee | 1.5 |
| Training Advisory Meeting (TAC) | 12/20/06 | | MD D. Dixon | Page 15 of 17 |

| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 12/31/06 | Personal Review & Signature | 0 |
|---|---|---|---|
| | | | 226.5 |
| | | | |

## H.S.O. TRAINING RECORDS

**Dixon, David W. - Master Deputy**          SS# _____ **684** _____
**DOH: 6/25/96**                                    **Supervisor of Training**

| 2007 Training | Training Date(s) | Instructor(s) | Number of Hours |
|---|---|---|---|
| "OSHA Compliance & Workplace Safety" | 1/16/07 | Nat'l Seminars Group | 6 |
| 1-Day Armorer's Course | 2/8/07 | Glock, Inc | 8 |
| Project Lifesaver Training | 2/20-22/07 | Project Lifesaver Int'l | 20 |
| Training Advisory Committee Meeting | 3/21/07 | MD D. Dixon | 1.5 |
| Policy & Procedures Reviewed #130 - Sexual Harassment #304 - Use of Force #305 - Use of Chemical Weapons & 630 - Bias Based Policing | 3/31/07 | Personal Review & Signature | 0 |
| CALEA Meeting | 5/30/07 | Col. K. Bowden | 0.5 |
| Immediate Action Drills & Reloading Drills | 6/11/07 | HSO Firearms Instructors | 0.75 |
| Annual Day Fire Qualificaiton (100) | 6/11/07 | HSO Firearms Instructors | 2.25 |
| Standards of Conduct/Ethics (100) | 6/12/07 | MD D. Dixon | 0.5 |
| Use of Force | 6/12/07 | MD D. Dixon | 0.5 |
| Policies and Procedures Reviewed: #313 - Fire Safety and Sanitation, #318 - Emergency Situations, #420 - Suicide Intervention | 6/30/07 | Personal Review & Signature | 0 |
| Training Advisory Committee Meeting (TAC) | 7/9/07 | MD D. Dixon | 0.5 |
| Honor Guard Training | 7/9/2007 | Sgt. M. Harding | 1.5 |
| I am aware of the new P & P #400 - Reporting Possible Illegal Aliens (effective date: Sept. 24, 07) which is on the s-drive (\\jaser02) and in the ppolicy manuals.  I will read & implement the policy. | 9/30/07 | Personal Review & Signature | 0 |
| Review of Policy 314 - Hazardous Communication & Policy 319 - Evacuation Plan | 9/30/07 | Personal Review & Signature | 0 |
| TAC Meeting | 10/12/2007 | MD. Dixon | 1.25 |

**Dixon, David W. - Master Deputy**          SS# _____ **2684** _____

| 2007 Training | Date(s) | Instructor(s) | of Hours |
|---|---|---|---|
| Ninth Annual Gang Conference | 10/23-26/07 | VA Gang Investigators Assoc. | 29 |
| Religion in Jails & Offender Manipulation | 11/14/07 | HRCJTA - G. Cornelius | 8 |
| Defensive Tactics Instructor Re-certification | 11/16/07 | HRCJTA Instructor(s) | 6 |
| Fire Extinguisher Training | 11/29/07 | Lt. S. Mitchell | 0.75 |
| Use of Force | 12/4/07 | MD D. Dixon | 1 |
| MACE/Pepper Spray (CS/OC) (100) | 12/4/07 | MD D. Dixon | 1 |
| Defensive Tactics Refresher | 12/4/07 | MD D. Dixon | 3 |
| Restraint Chair Technique | 12/4/07 | MD D. Dixon | 1 |
| ASP Baton Refresher | 12/4/07 | MD D. Dixon | 2 |
| Policy & Procedures Reviewed #313 - Fire Safety & Sanitation, #318 - Emergency Situations, #420 Suicide Intervention | 12/31/07 | Personal Review & Signature | 0 |
|  |  |  | 95 |
|  |  |  |  |
|  |  |  |  |

# HSO TRAINING RECORDS

**Carter, Daniel R.**

SS # _____ 7771 _____

| Training | Training Date(s) | Instructor(s) | Number of Hours | Cumulative Total |
|---|---|---|---|---|
| **1999 Training Records** | | | | |
| Restraint Chair Training | 1/17/1999 | McGee/Littlejohn | 1 | 1 |
| Policy & Procedure Review # 113 | 1/26/1999 | Lt. McGee | 1.5 | 2.5 |
| Sexual Harassment Training | 1/28/1999 | Atty. C. Hudson | 1.5 | 4 |
| Policy & Procedure Review # 130 | 3/27/1999 | McGee/Collins | 2 | 6 |
| OSHA Training | 4/2/1999 | OSHA Staff | 3 | 9 |
| Aerosol Control Option Plan (Mace) | 4/26/1999 | McGee/Littlejohn | 3 | 12 |
| 1st Quarter Policy Review | 2/1-4/30/99 | Lt. McGee | 11.75 | 23.75 |
| Fire Extinguisher Training | 6/15/1999 | HFD | 0.75 | 24.5 |
| Suicide Prevention Training | 7/1/1999 | CSB | 2 | 26.5 |
| Annual Firearms Qualification | 7/29/1999 | Adams/Eaves | 2 | 28.5 |
| CPR Recertification | 8/3/1999 | Johnson/Mason | 2 | 30.5 |
| Patrol Officer/Detective In Service | 8/16-8/20/99 | HRRACJ Staff | 40 | 70.5 |
| OSHA Bloodborne Pathogens Training | 8/17/1999 | Nurse Hazzard | 2 | **72.5** |
| **2000 Training Records** | | | | |
| Gen. Dist. Court Security Training | 3/2/2000 | HFD | 2 | 2 |
| CPR Recertification Training | 4/12/2000 | Nurse Instructors | 2 | 4 |

| Description | Date | Staff/Instructor | | |
|---|---|---|---|---|
| 1st Quarter Policy Review | 4/30/2000 | Sgt. Hardy | 6 | 10 |
| Bloodborne Pathogens Training | 6/6/2000 | Nurse Tarnowski | 2 | 12 |
| 2nd Quarter Policy Review | 7/31/2000 | Sgt. Hardy | 7 | 19 |
| 3rd Quarter Policy Review | 10/31/2000 | Sgt. Hardy | 6.5 | 25.5 |
| **2001 Training Records** | | | | |
| CPR Re-Certification | 5/1/2001 | Nurse Battle | 2 | 2 |
| Annual Firearms Qualification | 5/23/2001 | Inst. Staff | 1.5 | 3.5 |
| First Aid Re-Certification | 8/6/2001 | Staff Inst. | 2 | 5.5 |
| Bloodborne Pathogens Training | 11/14/2001 | Nurse Battle | 2 | 7.5 |
| Jail/Civil/Court In Service | 12/3-7/01 | HRCJTA Staff | 40 | 47.5 |
| 2001 Policy & Procedure Review | 2001 | Lt. McGee | 22.75 | 70.25 |
| **2002 Training Record** | | | | |
| Court Services Quarterly Meeting | 4/11/2002 | Sheriff Roberts | 1 | 1 |
| 1st Quarter Policy Review | Jan-Mar 02 | GDC Staff | 6.5 | 7.5 |
| VLEPSC Training (Diplomatic Immunity) | 4/22/2002 | Capt. Humphrey | 1 | 8.5 |
| VLEPSC (Search & Seize, Stop & Frisk, Phy. Arrest, Citation & Warning) | 4/22/2002 | Officer Coleman | 3 | 11.5 |
| VLEPSC (Crim. Warrants, Phy. Arrest of Juveniles, non-residents) | 4/23/2002 | Officer Coleman | 3 | 14.5 |
| VLEPSC (Traffic Law, Direction & Control) | 4/29/2002 | Officer Coleman | 3 | 17.5 |
| Flying Armed | 4/30/2002 | Lt. McGee | 2 | 19.5 |
| CPR | 5/7/2002 | Sgt. Johnson | 4 | 23.5 |
| 2nd Quarter Policy Training | Apr-Jun 2002 | GDC Staff | 6.5 | 30 |
| Sgt.'s Meeting | 9/4/2002 | Capt. Richardson | 2.5 | 32.5 |
| Defensive Driving | 9/9/2002 | Dep. McCoy | 8 | 40.5 |

| 2003 Training Record | | | |
|---|---|---|---|
| Cults & Gangs | 9/10/2002 | Mr. Wright | 4 | 44.5 |
| Legal Update | 9/10/2002 | Sgt. Ward | 4 | 48.5 |
| Defensive Tactics | 9/13/2002 | Lt. McGee | 8 | 56.5 |
| Report Writing | 9/19/2002 | Capt. Humphrey | 2 | 58.5 |
| Sexual Harassment | 9/19/2002 | Lt. Harper | 4 | 62.5 |
| Stress Management | 9/19/2002 | Sgt. Johnson | 1.5 | 64 |
| Flying Armed | 9/19/2002 | Sgt. Hartman | 1.5 | 65.5 |
| 3rd Quarter Policy Review | Jul-Aug 02 | C Shift Staff | 6 | 71.5 |
| 4th Quarter Policy Review | Oct-Dec 02 | C Shift Staff | 5 | 76.5 |
| Sergeant's/Master Deputies Meeting | 1/8/2003 | Capt. Richardson | 2.5 | |
| Sergeants/Master Deputies Meeting | 2/21/2003 | Capt. Richardson | 2 | |
| Sgt's Meeting | 3/21/2003 | Capt. Richardson | 2.5 | |
| Supervisor's Meeting | 4/14/2003 | Capt. Richardson | 1 | |
| Firearm's Qualification | 5/8/2003 | Lt. McGee | 2 | |
| VCIN Certification | 5/1/2003 | Lt. McGee | 8 | |
| CPR/Bllodborne Pathogens | 6/19/2003 | Nurse Olson | 4 | |
| Academy In-Service | 6/16/03-6/20/03 | HRCJTA Staff | 40 | |
| Sergeant's Retreat | 11/20/2003 | Ms. Davis/A.Logan | 67.75 | |
| | | | 5.75 | |