# Hampton Sheriff's Office
## Application for Extra Duty Assignments

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: SANDHOFER, JOHN C.    Effective Date: 17 AUG 09

Employee's Date of Employment: 04 FEB 09    Expiration Date: _____

### Extra Duty Assignment

Working For:   ☒ HSO   ☐ HPD   ☐ HSO and HPD

Specify Duties: PROVIDING ADDITIONAL SECURITY / CROWD CONTROL AT HAMPTON UNIV.

Date(s) Required Training Completed: HU EXTRA DUTY (3/09) OC/CS (7/09) ASP (9/08)
FIREARMS QUALIFICATION 98 (4/20/08)

Verified by: SGT MEYERS // Meyers #36

Last Evaluation Rating: ABOVE AVG    Evaluation Date: 02/04/09

Policy #132 Reviewed: _____(Signature of Applicant)_____   17 AUG 09 (Date)

Total hours weekly: 10-15 HRS

### Approval

_V. Perkins_    8-24-09   ☒ Approve ☐ Disapproved
(Immediate Supervisor Signature)  (Date)

_M J Harding #15_   8/24/09   ☒ Approve ☐ Disapproved
(Shift Lieutenant Signature)  (Date)

_Mc___ #10_   8/24/09   ☒ Approve ☐ Disapproved
(Jail Administrator/Court Services Commander)  (Date)

_Karen Bowden_   9/2/09   ☒ Approve ☐ Disapproved
(Sheriff/Designee Signature)  (Date)

# Hampton Sheriff's Office
## Application for Extra Duty Assignments

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: DEP. JOHN SANDHOFER #69

Effective Date: 15 JULY 09

Employee's Date of Employment: 04 FEB 08

*Official Use Only:*
Expiration Date: _____

### Extra Duty Assignment

Working For: ☒ HSO / HAMPTON UNIVERSITY

Specify Duties: SECURITY FOR SPECIAL EVENTS

Date(s) Required Training Completed: EXTRA DUTY (3/09) ASP (09/08) FIREARMS (4/09)

Verified by: SGT MEYERS (TRAINING SUPV)

Last Evaluation Rating: ABOVE AVERAGE    Evaluation Date: 04 FEB 09

Policy #132 Reviewed: DEP [signature] #69        15 JULY 09
                        (Signature of Applicant)         (Date)

Total hours weekly: VARIABLE

### Approval

[signature] 7/16/09    ☒ Approve ☐ Disapproved
(Immediate Supervisor Signature)   (Date)

[signature] 16 JULY 2009    ☒ Approve ☐ Disapproved
(Shift Lieutenant Signature)   (Date)

[signature] 7/16/09    ☒ Approve ☐ Disapproved
(Commander/Designee Signature)   (Date)

Karen Bond 7/20/09    ☒ Approve ☐ Disapproved
(Sheriff/Designee Signature)   (Date)

Form No.320-283 Rev.2 (2-13-09)

# Hampton Sheriff's Office
## Application for Extra Duty Assignments

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: __DIXON, DAVID W.__   Effective Date: __9/2/04__

Employee's Date of Employment: __JUNE 1996__   Expiration Date: _____

### Extra Duty Assignment

Working For:  ☐ HSO   ☐ HPD   ☒ HSO and HPD

Specify Duties: __SECURITY__

Date(s) Required Training Completed: __1/4/00__

Verified by: __Lt. McGee #15__

Last Evaluation Rating: __above average__   Evaluation Date: __12/2003__

Policy #132 Reviewed: __David Dixon__ __08-30-04__
(Signature of Applicant)   (Date)

Total hours weekly: __Various__

### Approval

__N/A__
(Immediate Supervisor Signature)   (Date)   ☐ Approve  ☐ Disapproved

__Robert T McGee #15__   __9/2/04__   ☒ Approve  ☐ Disapproved
(Shift Lieutenant Signature)   (Date)

__[signature] #8__   __9/2/04__   ☒ Approve  ☐ Disapproved
(Jail Administrator/Court Services Commander)   (Date)

__Karen Bowden__   __9/24/04__   ☐ Approve  ☐ Disapproved
(Sheriff/Designee Signature)   (Date)

# Hampton Sheriff's Office
## Application for Secondary Employment

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: Dixon, David W   Effective Date: 05-28-02

Date of Employment: 06/24/96   Expiration Date: _____

### Secondary Employer

Name of Employer: Hampton University

Address of Employer: _____

Nature of Business: College

Specify Duties: Security

Total hours weekly: approx. 10

### Approval

☒ Approve
_(Shift Commander Signature)_
☐ Disapproved
5-28-02 (Date)

☒ Approve
_(Jail Administrator/Court Services Supervisor)_
☐ Disapproved
5-29-02 (Date)

☒ Approve
_(Sheriff Signature)_
☐ Disapproved
6-7-02 (Date)

Form No. 320-94 (10/97)

# Hampton Sheriff's Office
## Application for Secondary Employment

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: Dixon, David W.   Effective Date: 05-28-02

Date of Employment: 06/24/96   Expiration Date: _____

### Secondary Employer

Name of Employer: Colonial Downs

Address of Employer: _____

Nature of Business: off track betting

Specify Duties: Security

Total hours weekly: approx 7

### Approval

☒ Approve  
_____  
(Shift Commander Signature)

☐ Disapproved  
5-28-02  
(Date)

☒ Approve  
_____  
(Jail Administrator/Court Services Supervisor)

☐ Disapproved  
5-29-02  
(Date)

☒ Approve  
_____  
(Sheriff Signature)

☐ Disapproved  
6-7-02  
(Date)

Form No. 320-94  (10/97)

# Hampton Sheriff's Office
## Application for Secondary Employment

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: DAVID W. DIXON   Effective Date: 9 JAN 98

Date of Employment: 9 JAN 98   Expiration Date: _____

### Secondary Employer

Name of Employer: COLONIAL DOWNS

Address of Employer: 1909 COMMERCE DRIVE

Nature of Business: SECURITY

Specify Duties: _____

Total hours weekly: 8 hrs

### Approval

☐ Approve
_H. K. Rd_
(Shift Commander Signature)

☐ Disapproved
_____
(Date)

☐ Approve _[signature]_
_Karen B. Bender, Major_
(Jail Administrator/Court Services Supervisor)

☐ Disapproved
2/25/98
(Date)

☐ Approve _[signature]_
_____
(Sheriff Signature)

☐ Disapproved
_____
(Date)

Form No. 320-94 (10/97)

# Hampton Sheriff's Office
## Application for Extra Duty Assignments

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: Robert W. McCoy  Effective Date: 8-24-04

Employee's Date of Employment: 8-15-88  Expiration Date: _____

### Extra Duty Assignment

Working For:  ☐ HSO   ☐ HPD   ☒ HSO and HPD

Specify Duties: Security

Date(s) Required Training Completed: 12/9/02

Verified By: Lt. McBee #15

Last Evaluation Rating: above average   Evaluation Date: 12/2003

Policy #132 Reviewed: _(signature)_  8-24-04
(Signature of Applicant)   (Date)

Total hours weekly: Various

### Approval

N/A
(Immediate Supervisor Signature)   (Date)   ☐ Approve ☐ Disapproved

Robert T McBee #15   8/24/04   ☑ Approve ☐ Disapproved
(Shift/Lieutenant Signature)   (Date)

_(signature)_ #8   9/2/04   ☑ Approve ☐ Disapproved
(Jail Administrator/Court Services Commander)   (Date)

Karen Bowden   9/24/04   ☑ Approve ☐ Disapproved
(Sheriff/Designee Signature)   (Date)

# Hampton Sheriff's Office
## Application for Secondary Employment

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: R. W. McCoy  
Effective Date: 12-6-02

Date of Employment: August 15, 1988  
Expiration Date: N/A

### Secondary Employer

Name of Employer: Hampton Sheriff's Office / HPD

Address of Employer: 1928 W. Pembroke Ave

Nature of Business: Extra Duty for Hpt. Sheriff's Office

Specify Duties: Security / Extra Duty

Total hours weekly: Unknown

### Approval

☑ Approve  
_____ #15  
(Shift Commander Signature)  
12-9-02 (Date)  
☐ Disapproved

☑ Approve  
_____  
(Jail Administrator/Court Services Supervisor)  
12-9-02 (Date)  
☐ Disapproved

☑ Approve  
Karen Bowden  
(Sheriff Signature)  
12-13-02 (Date)  
☐ Disapproved

Form No. 320-94 (10/97)

# Hampton Sheriff's Office
## Application for Secondary Employment

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: B.W. McCoy

Effective Date: April 11, 2002

Date of Employment: 8-15-88

Expiration Date:

### Secondary Employer

Name of Employer: Alternatives, Inc. (YCOPE)

Address of Employer:

Nature of Business: Instructing youth of the Mythes of Alcohol & Marijuana usage.

Specify Duties: Instructing

Total hours weekly: 2-4

### Approval

☑ Approve

_(Shift Commander Signature)_

☐ Disapproved

5-28-02
_(Date)_

☑ Approve #8

_(Jail Administrator/Court Services Supervisor)_

☐ Disapproved

5-29-02
_(Date)_

☑ Approve

_(Sheriff Signature)_

☐ Disapproved

6-7-02
_(Date)_

Form No. 320-94 (10/97)

# Hampton Sheriff's Office
## Application for Extra Duty Assignments

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: DANIEL RAY CARTER JR    Effective Date: 10-17-06

Employee's Date of Employment: 06-15-98    Expiration Date: INDEFINATE

### Extra Duty Assignment

Working For:   ■ HSO   ☐ HPD   ☐ HSO and HPD

Specify Duties: SECURITY

Date(s) Required Training Completed: 9-25-06  9-26-06  9-29-06

Verified by: Capt. McBee #10  10-27-06

Last Evaluation Rating: ABOVE AVERAGE    Evaluation Date: 12-05

Policy #132 Reviewed: Dep DR Carter #139       10-17-06
                     (Signature of Applicant)              (Date)

Total hours weekly: 12

04

### Approval

Sgt Jay Hale #36               OCT 17 2006      ■ Approve  ☐ Disapproved
(Immediate Supervisor Signature)   (Date)

_____         17 OCTOBER 2006  ■ Approve  ☐ Disapproved
(Shift Lieutenant Signature)        (Date)

_____         10/17/06         ☑ Approve  ☐ Disapproved
(Jail Administrator/Court Services Commander)  (Date)

_____         11-2-06          ☑ Approve  ☐ Disapproved
(Sheriff/Designee Signature)        (Date)

320-283  Page 1 of 1  11/03

# Hampton Sheriff's Office
## Application for Secondary Employment

*Prior to engaging in any secondary Business or Employment, a member or employee shall submit through the proper Chain of Command one (1) copy of this application for permission for secondary employment.*

Employee's Name: DEP DR CARTER  Effective Date: 3-04-02

Date of Employment: 6-15-98  Expiration Date: N/A

### Secondary Employer

Name of Employer: Col. Downs / HAMPTON UNIV.

Address of Employer: N/A

Nature of Business: EXTRA DUTY

Specify Duties: SECURITY

Total hours weekly: N/A

### Approval

☑ Approve
_____
(Shift Commander Signature)

☐ Disapproved
3-4-02
(Date)

☑ Approve
_____
(Jail Administrator/Court Services Supervisor)

☐ Disapproved
3-4-02
(Date)

☑ Approve
_____
(Sheriff Signature)

☐ Disapproved
3/6/02
(Date)