
EXHIBIT 19



# Hampton Sheriff's Office
## Job Description: Finance Officer/Procurement and Accounts Payable

I. Purpose:

To establish duties, responsibilities and qualifications of the Finance Officer/Procurement and Accounts Payable.

I. Duties and Responsibilities:

- Process Authorization for Payment, Departmental Requisitions, Material Receipts, Purchase Orders and securing invoice approvals for payment.
- Liaison between the Hampton Sheriff's Office and the City Finance Department (procurement and Accounts Payable).
- Point of contact for all vendors to facilitate the timely payment of invoices.
- Shall prepare and generate purchase orders for goods and services within the authorized dollar limit.
- Shall generate departmental requisitions for goods and services above the authorized departmental dollar limit.
- Shall process and submit Material Receipts and Authorizations for Payment is accordance with the City of Hampton procurement policies and procedures.
- Shall perform all duties required by the city of Hampton as Coordinator of the American Express Travel/Purchasing Card Program.
- Shall assist the Director of Administration with the preparation of the annual operating budget and the annual jail cost audit.
- Shall prepare all invoices for Hampton Sheriff's Office receivables on all current contracts.

ROBERTS 007

- Shall coordinate all financial aspects of the inmate Work Release Program.
- Shall maintain vendor files of all required supporting documentation for procurement and payment of invoices.
- Shall directly supervise the fiscal operations of the Inmate Fund and all work of the Fiscal Officer for Inmate Funds.
- Shall use the City's AS400 system to monitor the status of all pending purchase orders and requisitions.
- Shall reconcile the following bank accounts on a monthly basis: Inmate Trust Fund, Canteen, Medical Co-Pay and Work Release.
- Shall perform duties of the Finance Officer for Inmate and Non-appropriated Funds as required in his absence.
- Shall perform any other task as directed by the Sheriff or Director of Administration.

II. Knowledge and Skills:

- Must be detail-oriented, possess a professional attitude and able to work a flexible schedule.
- Must have strong knowledge of accounting principles and practices.
- Must have strong written and verbal communications skills and must be highly organized and self-motivated individual.
- Must have strong computer skills, including thorough knowledge of Microsoft Office.

III. Education and Experience:

- Should possess any combination of education and experience equivalent to graduation from an accredited college or university with major course work in accounting, finance or any related field.