

# Hampton Sheriff's Office
## Job Description: Correctional Officer/Auxiliary Officer

---

I. Purpose:

To establish duties, responsibilities and qualifications of a Correctional Officer/Auxiliary Officer.

II. Duties and Responsibilities:

- Provide protection of jail personnel and the public
- Provide safekeeping and welfare of prisoners
- Protection of society by prevention of escapes
- Conduct security rounds
- Supervise inmate activities
- Provide cleaning supplies to inmates to clean their cells
- Pass out razors on appropriate days
- Escort inmates throughout the jail as required
- Maintain floor log of daily inmate activities
- Ensure inmates are feed
- Run recreation and visitation as scheduled or authorized
- Answer inmate correspondences and grievances
- Supervise laundry detail

III. Knowledge and Skills:

- Endure long periods of monotony in routine duties, yet react quickly and effectively to problem situations observed in the jail.
- Must have complete knowledge of interior design of the jail, not only the jail's physical characteristics, but also the normal routine of events and the usual behavior patterns of some inmates.

**Exhibit 12**

ROBERTS 013

- Exhibit initiative, problem-solving capacity, effective judgement and imagination in coping with numerous complex situations which develop.
- Make prompt and effective decisions (sometimes it may be in life and death situations) and be able to size up a situation quickly and take appropriate action.
- Demonstrate mature judgement, especially in a situation where the use of force may be needed.
- Have the ability to act effectively in extremely divergent interpersonal situations. In a jail, the correctional officer is confronted with inmates who have all types of behavioral problems.
- Exhibit a professional, self-presence and a self-confident manner in his conduct when dealing with inmates, the public and courts.
- Exhibit personal courage in the face of dangerous situations.
- Exhibit a high level of personal integrity and ethical conduct, such as refraining from acting bribes or "favors", and be impartial performing duties as a correctional officer.

IV.  Education and Experience:

High School diploma or GED certificate

ROBERTS 014