

# Hampton Sheriff's Office
## Job Description: Civil Process Officer

---

I.  Purpose:

   To establish duties, responsibilities and qualifications of the Civil Process Officers.

I.  Duties and Responsibilities:

   - Notifies grand jury selectees.
   - Executes and returns civil and criminal processes.
   - Executes court orders.
   - Locates, levies, and sells property at public auctions.
   - According to a monthly schedule, will be on-call to pick up mental patients and transports to confinement locations.
   - Assist the courtroom security officer as needed.
   - When directed, performs special or security assignments.

II.  Knowledge and Skills:

   - Thorough knowledge of all laws, rules, regulations and procedures applicable to the execution and administration of legal process.
   - Comprehensive knowledge of court procedures.
   - Skilled in the use of firearms.
   - Ability to plan and supervise the work of subordinates.
   - Ability to establish and maintain effective working relationship with city and court officials, employees and the general public.
   - Ability to oversee the preparation and maintenance of legal instruments; related records and reports.

III.  Education and Experience:

   - Any combination of education and experience equivalent to graduation from high school.

**Exhibit 13**

ROBERTS 011

- Ability to oversee the preparation and maintenance of legal instruments; related records and reports.

IV. Education and Experience:

- Any combination of education and experience equivalent to graduation from high school.

ROBERTS 012