

# Hampton Sheriff's Office
## Job Description: Training Coordinator

I. Purpose:

To establish the duties, responsibilities, and qualifications for the Training Coordinator.

II. Duties and Responsibilities:

- Process all applications according to established procedures.
- Keep daily statistical data on work performed by Auxiliary Officers. Manage and coordinate assignments and personnel distribution of Auxiliary Officers.
- Schedule background investigation and polygraph on all applicants.
- Maintain accurate, updated files on all active an inactive Auxiliary Officers and forward a monthly roster to the Sheriff or his designee.
- Coordinate Auxiliary Deputy Programs according to established procedures, i.e., Child Identification.
- Review all training periodicals and reproduce articles that are of value to specific departmental units.
- Make recommendations for purchase of various training aids such as films, video equipment, books, etc., within budgetary guidelines.
- Coordinate training for both regular and auxiliary officers.

**Exhibit 14**

ROBERTS 009

- Develop accurate and up-to-date firearms training records on all personnel.
- Composes and edit correspondence, reports, memorandums, proposals, recommendations, and other documents.
- Perform any other tasks as required by the Sheriff.

III. Knowledge and Skills:

- Must possess a through knowledge of Sheriff's Office policies and procedures.
- Must possess knowledge of employee training and development.
- Must possess writing skills to compose reports, training manuals, recommendations, etc.
- Ability to remain professional in appearance and conduct.
- Working knowledge of all aspects of he Sheriff's Office operations.
- Ability to establish and maintain effective working relationships with coworker, supervisors, other agencies and the general public.

IV. Education and Experience:

- High School diploma or GED certificate

ROBERTS 010