IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

BOBBY BLAND, DANIEL RAY CARTER, JR., DAVID W. DIXON, ROBERT W. MCCOY, JOHN C. SANDHOFER, and DEBRA H. WOODWARD

   Plaintiffs,

v.

B.J. ROBERTS, individually and in his official capacity as Sheriff of the City of Hampton, Virginia

   Defendant.

CASE NO4:11-CV-45

## DECLARATION

I, Ramona ~~Larkin~~ Jones (formerly Larkins), having direct knowledge of the information set forth below, hereby depose and declare as follows:

1. I am a citizen and resident of the Commonwealth of Virginia and the United States. I maintain my principal residence at 530 South Azalea Road, Petersburg, Virginia 23805.

2. I was employed as a Deputy Sheriff with the Hampton Sheriff's office during a portion of the Sheriff's re-election campaign of 2009.

3. In late August, 2009, I co-hosted a cookout at Buckroe Beach in Hampton. Several of my co-workers were invited to the cookout. After I returned to work, I was approached by my supervisor, Lt. Crystal Cooke, and she made a statement to the effect of "I heard Jim Adams was at your cookout" or words to that effect. Jim Adams was Sheriff Roberts' opponent in the upcoming November election. I told her that he was present, and that he had been invited by Danny Carter, another deputy within the Hampton Sheriff's office.

**Exhibit 17**

Declarant's Initials: _[initials]_

P 030

4. Shortly after my conversation with Lt. Cooke, I was approached by Major (then Captain) Kenneth Richardson. He inquired as to who was at the cookout, and I confirmed that Jim Adams was there. Major Richardson made a general statement that the event had the appearance of a campaign event and said specifically that "it does not look good".

5. I informed Major Richardson that Danny Carter had invited Adams. Major Richardson informed me that I needed to explain that to the Sheriff. I definitely got the impression after my discussions with Lt. Cooke and Major Richardson that I needed to "clear my name" and make it known that I had not invited Jim Adams to the cookout.

I declare under penalty of perjury under the laws of the United States that the foregoing statement is true and correct.

Date: 10/11/2011

Ramona B Jones

Ramona Larkins (formerly known as)