Case 4:11-cv-00045-RAJ-TEM  Document 29-18  Filed 12/23/11  Page 1 of 2 PageID# 614



Exhibit 18

