IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

BOBBY BLAND, DANIEL RAY CARTER, JR., DAVID W. DIXON, ROBERT W. MCCOY, JOHN C. SANDHOFER, and DEBRA H. WOODWARD

    Plaintiffs,

v.

CASE NO. 4:11-CV-45

B.J. ROBERTS, individually and in his official capacity as Sheriff of the City of Hampton, Virginia

    Defendant.

**Exhibit 29**

## DECLARATION

I, Krystal Coronado, having direct knowledge of the information set forth below, hereby depose and declare as follows:

1. I am a citizen and resident of the Commonwealth of Virginia and the United States. I maintain my principal residence at 807 Berkshire Terrace, Hampton, Virginia 23666. My daytime phone number is 757-826-8719.

2. I voted at the Kraft Elementary precinct on election day in November of 2009 with my husband, Cayetano Coronado. As we left the voting location, Francis Pope, who was handing out voting literature on behalf of the Sheriff at that precinct, stated to my husband something to the effect of "you are not going to believe what Dixon said," he [Dixon] told me that I could "throw that stuff away". Pope was referring to the Sheriff Roberts' campaign literature that she was handing out. Pope was very animated when she reported this to my husband. She did not state that Dixon used any type of expletives or obscene language.

Declarant's Initials: ___

I declare under penalty of perjury under the laws of the United States that the foregoing statement is true and correct.

Date: 10/24/11

Krystal Coronado