IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION


FILED
APR 24 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

BOBBY BLAND, DANIEL RAY CARTER, JR.,
DAVID W. DIXON, ROBERT W. MCCOY,
JOHN C. SANDHOFER, and DEBRA H.
WOODWARD,
    Plaintiffs,

v.                        CASE NO. 4:11cv45

B. J. ROBERTS, individually and in his
official capacity as Sheriff of the
City of Hampton, Virginia,
    Defendant,

**AMENDED JUDGMENT IN A CIVIL CASE**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment is **GRANTED,** and Plaintiffs' claim are hereby **DISMISSED.**

DATED: April 24, 2012          FERNANDO GALINDO
                                      Clerk of Court

                                        /s/
                        By_____
                              M. J. Cowart,
                              **Deputy Clerk**