IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

BOBBY BLAND, DANIEL RAY CARTER, JR., DAVID W. DIXON, ROBERT W. MCCOY, JOHN C. SANDHOFER and DEBRA H. WOODWARD

       Plaintiffs,

v.

B.J. ROBERTS, individually and in his official capacity as Sheriff of the City of Hampton, Virginia

       Defendant.

Civil Action No.  4:11-CV-45

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Bobby Bland, Daniel Ray Carter, Jr., David W. Dixon, Robert W. McCoy, John Sandhofer and Debra H. Woodward, by counsel, hereby appeal the judgment and order entered on April 24, 2012, by U.S. District Judge Raymond A. Jackson. The Order referenced herein constituted a final order dismissing Plaintiffs' Complaint for denial of their First Amendment rights to free speech and free political association as set forth in Counts I and II of Plaintiffs' Complaint. This matter is being appealed to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

BOBBY BLAND, DANIEL RAY CARTER, JR., DAVID W. DIXON, ROBERT W. MCCOY, JOHN C. SANDHOFER AND DEBRA H. WOODWARD

By:        /s/
       James H. Shoemaker, Jr.

James H. Shoemaker, Jr., VSB No. 33148
Jason E. Messersmith, VSB No. 77075
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 223-4518
jshoemaker@pwhd.com
jmessersmith@pwhd.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jeff W. Rosen, Esquire
>Jeffrey A. Hunn, Esquire
>Pender & Coward
>222 Central Park Avenue, Suite 400
>Virginia Beach, Virginia  23462-3026
>Telephone: 757-490-6253
>Facsimile: 757-497-1914
>jrosen@pendercoward.com
>jhunn@pendercoward.com
>*Counsel for Defendant*

>*/s/*
>James H. Shoemaker, Jr.